## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARKET STREET PROPERTIES PALM BEACH, LLC, TCHOUPITOULAS INVESTORS ONE, LLC, 1544 TCHOUPITOULAS STREET, LLC, & 1566 TCHOUPITOULAS STREET, LLC** | **CIVIL ACTION** |
| | **NO:** _____ |
| **Plaintiffs** | **SECTION "_____"** |
| **VERSUS** | **MAG. (_____)** |

**NOLA DEVELOPMENT PARTNERS, LLC, NOLA DEVELOPMENT PARTNERS I, LLC MARKET STREET PROPERTIES, LLC, MARKET STREET PROPERTIES MIAMI, LLC, MARKET STREET PROPERTIES (MIAMI), LLC, JOHN M. MANNONE, ADAM SWICKLE, MICHAEL PRENDERGAST, MICHAEL SAMUEL, MARKET STREET NEW ORLEANS INVESTORS, LLC, MARKET STREET NEW ORLEANS INVESTORS 2, LLC, NACHMAN ENTERPRISE, FYI ENTERPRISE, INC, LEONARD EPSTEIN & ELIE MIMOUN**

**Defendants**

## NOTICE OF REMOVAL

Defendant, Market Street Properties, LLC ("MSP") through undersigned counsel, files this Notice of Removal of the above-captioned action, Market Street Properties Palm Beach, LLC, Tchopitoulas Investors One, LLC, 1544 Tchoupitoulas Street, LLC & 1556 Tchoupitoulas Street, LLC versus NOLA Development Partners, LLC, NOLA Development Partners I, LLC, Market Street Properties, LLC, Market Street Properties Miami, LLC, Market Street Properties (Miami), LLC, John M. Mannone, Adam Swickle, Michael Prendergast, Michael Samuel, Market Street New Orleans Investors, LLC, Market Street New Orleans Investors 2, LLC, Nachman Enterprise, FYI Enterprise, Inc., Leonard Epstein & Elie Mimoun, Case No. 08-11005, on the docket of the Civil District Court

for the Parish of Orleans, State of Louisiana (the "State Court Proceeding"). In support thereof, MSP respectfully represents as follows:

1.

On December 23, 2009, (the "Petition Date,") Defendant, MSP, filed a voluntary petition under Chapter 11 of Title 11 of the United States Code in the United States Bankrputcy Court for the Eastern District of Louisiana which is pending as *In re Market Street Properties, LLC*, Case No. 09-14172.

2.

The State Court Proceeding was commenced prior to the Petition Date.

3.

The State Court Proceeding is a civil matter over which this Court has jurisdiction pursuant to 28 U.S.C. §§157 and 1334(a), as an action which arises under Title 11 or arises in or is related to a bankruptcy proceeding.

4.

This action is one which may be removed to this Court pursuant to 28 U.S.C. §§1452 and 1334 and Rule 9027 of the Federal Rules of Bankruptcy Procedure.

5.

Upon removal, the action is a core proceeding in the aforesaid bankruptcy case.

6.

Pursuant to 28 U.S.C. §1446(a) and Rule 9027 of the Federal Rules of Bankruptcy Procedure, MSP has attached hereto as "Exhibit A," *in globo*, certified copies of all process, pleadings, and orders served in the State Court Proceeding.

-2-

7.

A copy of this notice of removal is being served upon all known counsel of record in the

State Court Proceeding and a copy of the Notice to the Clerk of Court for the Civil District Court

for the Parish of Orleans, State of Louisiana is attached to the Certificate of Filing of State Court

Notiec of Removal filed contemporaneous herewith.

**WHEREFORE**, MSP hereby provides notice that the above action now pending in the Civil

District Court for the Parish of Orleans, State of Louisiana, is duly removed to this Court for further

proceeding.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD

STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
KATHY A. RITO (#31302)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawla.com; ccaplinger@lawla.com;
       bkadden@lawla.com; krito@lawla.com
*Attorneys for Market Street Properties, LLC*

700444_1.wpd

-3-



**EXHIBIT A**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 08-11005     DIV N

**MARKET STREET PROPERTIES PALM BEACH, LLC, TCHOUPITOULAS INVESTORS ONE, LLC, 1544 TCHOUPITOULAS STREET, LLC & 1556 TCHOUPITOULAS STREET, LLC**

**VERSUS**

**NOLA DEVELOPMENT PARTNERS, LLC, NOLA DEVELOPMENT PARTNERS 1, LLC, MARKET STREET PROPERTIES, LLC, MARKET STREET PROPERTIES MIAMI, LLC, MARKET STREET PROPERTIES (MIAMI), LLC, JOHN M. MANNONE, ADAM SWICKLE, MICHAEL PRENDERGAST, MICHAEL SAMUEL, MARKET STREET NEW ORLEANS INVESTORS, LLC, MARKET STREET NEW ORLEANS INVESTORS 2, LLC, NACHMAN ENTERPRISE, FYI ENTERPRISE, INC., LEONARD EPSTEIN & ELIE MIMOUN**

FILED: _____     _____
                                          DEPUTY CLERK

FILED
OCT 2 1 2008
DEPUTY CLERK
CIVIL DISTRICT COURT

---

**PETITION FOR DAMAGES, BREACH OF CONTRACT, FRAUD MISAPPROPRIATION OF FUNDS, BREACH OF FIDUCIARY DUTIES, ACCOUNTING, TO PIERCE THE CORPORATE VEIL AND FOR DECLARATORY JUDGMENT AND/OR RELIEF AND FOR TRIAL BY JURY**

The petition of **MARKET STREET PROPERTIES PALM BEACH, LLC.** a limited liability corporation organized under the Laws of the State of Florida, and with its principal place of business bearing municipal address 164 Seminole Avenue, Palm Beach, Florida, and of **TCHOUPITOULAS INVESTORS ONE, LLC**, a limited liability corporation organized under the Laws of the State of Louisiana, and with its principal place of business bearing municipal address 828 Royal Street, New Orleans, Louisiana, and **1544 TCHOUPITOULAS STREET, LLC**, a limited liability corporation organized under the Laws of the State of Louisiana, and with its principal place of business bearing municipal address 828 Royal Street, New Orleans, Louisiana, **and 1556 TCHOUPITOULAS STREET, LLC**, a limited liability corporation organized under the Laws of the State of Louisiana, and with its principal place of business bearing municipal address 828 Royal Street, New Orleans, Louisiana, with respect represent that:

**I.**

**COUNT 1**

**DAMAGES, BREACH OF CONTRACT, BREACH OF FIDUCIARY DUTIES & FRAUD**

DALE N. ATKINS
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
504-592-9100

DATE: 10/22/2008 at 14:56
RECEIPT#: 139052

                   PRICE      PAID      BAL

PETITION FOR DAMAGES
          $   1178.50   $   1178.50   $   0.00
FAX FEES
          $   40.00   $   40.00   $   0.00
JSC
          $   20.50   $   20.50   $   0.00
INDIGENT LEGAL AID
          $   10.00   $   10.00   $   0.00
REQUEST FOR TRIAL BY JURY
          $   600.00   $   600.00   $   0.00

TOTAL PAID CASE # 200811005:    $1849.00
RECEIPT TOTAL $1,849.00
AMOUNT RECEIVED $1,849.00
CHANGE DUE $.00

=========================================
Check #1837 Amt: $1,849.00

10-23-08

VERIFIED
C. STROMBOE

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC v NOLADP, LLC, et al * Petition For Damages
Page No. 2

Made Defendant as to Count 1, (Damages, Breach of Contract, Breach of fiduciary duties, and Fraud) are:

1. **NOLA DEVELOPMENT PARTNERS I, LLC**, a limited liability corporation organized under the Laws of the State of Florida, and with its principal place of business bearing municipal address 18851 NE 29TH Avenue., Suite 745, Aventura, Florida 33180 and

2. **NOLA DEVELOPMENT PARTNERS, LLC**, a limited liability corporation organized under the Laws of the State of Florida, and with its principal place of business bearing municipal address 18851 NE 29TH Avenue., Suite 745, Aventura, Florida 33180 and

3. **JOHN M. MANNONE**, a person of the full age of majority and a resident of and domiciled in Aventura, Florida and/or Oceanside, New York, bearing municipal address 2911 Rockaway Avenue, Oceanside, New York 11572; and

4. **ADAM SWICKLE**, a person of the full age of majority and a resident of and domiciled in the State of Florida, bearing municipal address 18851 NE 2ND Avenue, # 745, Aventura, Florida, 33180; and

5. **MICHAEL PRENDERGAST**, a person of the full age of majority and a resident of and domiciled in the State of Arizona, bearing municipal address 9160 Bahia Drive, Scottsdale, Arizona 85260.

**[hereinafter collectively "Defendants as to Count 1"]**;

[Defendants NOLA Development Partners and NOLA Development Partners I hereinafter collectively "NOLADP"]

## II.

Defendants as to Count 1 are liable to, and indebted unto, Petitioners, Market Street Properties Palm Beach, LLC. (hereinafter "MS Palm Beach") and Tchoupitoulas Investors One,

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC  v NOLADP, LLC, et al * Petition For Damages
Page No. 3

LLC (hereinafter "TIO") and 1544 Tchoupitoulas Street, LLC (hereinafter "1544) and 1556

Tchoupitoulas Street, LLC (hereinafter "1556") for general and special damages suffered by

Petitioners in a sum sufficient to fully compensate Petitioners for all of its/their damages, and

all arising from the bad faith, breach of contract, breach of fiduciary duties and fraud perpetrated

by Defendants as to Count 1 upon Petitioners, together with all damages allowed by law, and for

all accrued judicial/legal interest, and for all costs, expenses, attorneys' fees, and penalties as

allowed by law, for this, to-wit:

### III.

### GENERAL UNDERLYING FACTS

Prior to July, 2006, Petitioner MS Palm Beach was a 50-50% owner in indivision with

Market Street Properties Miami, LLC of a Louisiana limited liability corporation, Market Street

Properties, LLC, (hereinafter "MSP") that in turn owned certain immovable property and

improvements thereon located in the City of New Orleans, Parish of Orleans, State of Louisiana

and known generally as the "Entergy Station Property", said property adjacent to the New

Orleans Morial Convention Center, and said Entergy Station Property property being the

immovable property located along the Mississippi River frontage wherein Entergy Corporation

New Orleans previously conducted certain electric power generating related facilities.

In or about late June and early July, 2006, Petitioner MS Palm Beach and its partner,

Market Street Properties Miami, LLC (hereinafter "MS Miami) were approached by the

purported Principals of Defendant NOLADP relative to its/their acquisition of a percentage

interest in the Entergy Station Property in exchange for certain monetary payments and promises

made by Defendant(s). At that time, Defendant NOLADP, its Manager of Record John Mannone

and his co-horts and partners and/or backers Adam Swickle and Michael Prendergast were well

aware that MS Miami and MS Palm Beach were in need of cash to service the project/property's

debt service, due in large part to the economic downturn, turmoil and/or uncertainty occasioned

by Hurricane Katrina and its effects and after effects in August 2005, and continuing into 2006.

In particular, the offer and proposal of NOLADP, Mannone, Swickle and Prendergast to

Petitioner and its partner was to "come to the project's aid" by  entering into a joint venture

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC v NOLADP, LLC, et al * Petition For Damages
Page No. 4

wherein each group, NOLADP, Petitioner MS Palm Beach and MS Miami would become equity partners in the Entergy Station Property, but with Petitioner and its partner MS Miami, operating as Market Street Properties, LLC, (MSP) still maintaining maximum control over the business strategy and project and property development, and with Defendant NOLADP, Mannone, Swickle and Prendergast simply limited to input and/or approval on financial issues and interests impacting the project's net worth, and input as to the distribution of the project's ultimate assets and profits.

In exchange for its acquisition of a percentage interest in Petitioner and its partner's Entergy Station immovable property/project, Defendant NOLADP promised to and did obligate itself to certain irrevocable conditions, including the obligation to loan or otherwise advance unto Petitioner and its partner MS Miami the true sum of $ 22, 250,000.00 ( Twenty-Two Million and Two Hundred and Fifty Thousand dollars and NO/100), said sum to consist of 2 separate loans and/or advances, first in the amount of $ 2, 250,000.00, (Two Million and Two Hundred and Fifty Thousand dollars), and second in the amount of $ 20,000,000.00, (Twenty Million dollars), the latter occurring within 21 days of the "Funding Event" as defined in the "Letter of Intent" executed by the Parties on or about July14-26, 2006.

Petitioners TIO, 1544 and 1556 additionally aver that said Defendants as to Count 1 breached in bad faith its/their contractual obligations to tender said sum and that the breach(es) by Defendants likewise constitute breaches of fiduciary duties and good faith and fair dealing to them in that Defendants as to Count 1 knew that the funds it/they were to provide were intended by all Parties to also service the mortgage debt of TIO, 1544 and 1556 in addition to that of the Entergy Station property/project. All Parties were well aware that TIO, 1544 and 1556 had mortgaged its/their contiguous immovable properties bearing municipal addresses 1544 Tchouptoulas Street and 1556 Tchoupitoulas Street in order to secure a $ 4,000,000.00 ( Four Million Dollars and NO/100) loan necessary for Petitioners MS Palm Beach and its partner MS Miami to purchase the Entergy Station Property out of the bankruptcy estate of Entergy New Orleans corporation.

Petitioners further aver that Defendants as to Count 1 NOLADP, Mannone, Swickle and

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC v NOLADP, LLC, et al * Petition For Damages
Page No. 5

Prendergast knew prior to and at the time of the execution of the contractual agreement between the Parties that NOLADP did not possess the $ 22,250,000.00 in funds necessary for it to fulfill its obligations to Petitioner and its partner, or to service the debt of TIO, 1544 and 1556, and further that they all knew that NOLADP and they not only lacked the financial resources necessary, but also knew that they individually and/or collectively lacked the resources necessary to secure said funding from any and all outside, third party, funding sources. In essence, the promise of $ 22,250,000.00 (Twenty-Two Million Two Hundred and Fifty thousand dollars) in financing was a ruse designed to improperly interject themselves into an ownership position in the property/project and to dilute, (if not eliminate entirely), the financial ownership interests of Petitioner(s) in the property/project by significantly worsening the ultimate negative financial position of the property/project, thus "increasing the financial stakes", and then demanding additional concessions from Petitioner(s) to Petitioner(s)' detriment in order to truly rescue and/or "save" the property/project from subsequent impending foreclosure.

NOLADP was not only in bad faith prior to, at the time of, and subsequent to the execution of the contractual agreement, NOLADP further committed fraud and fraud in the inducement against and unto Petitioners and its/their partner, all to Petitioners' extreme detriment and damage, and including, but not limited to, precluding Petitioners and MS Miami from exercising its/their ability to secure viable, legitimate funding to service the debt of the property, thus rendering it into potential default, and subsequent actual default, as well as preventing Petitioners from securing funding to develop the Entergy Station Property as originally contemplated by Petitioners and its/their partner, thus resulting in the loss of 10's of millions of dollars in lost profits by Petitioner MS Palm Beach, and millions of dollars by Petitioners TIO, 1544 and 1556.

### III (A)

**Underlying Facts and Allegations as to Duress and Vitiation of Contract**

Further, Petitioner MS Palm Beach avers that said Defendants as to Count 1's bad acts as described hereinabove caused MS Palm Beach, (under duress), to execute an Amendment to the Parties' Operating Agreement that divested MS Palm Beach of all of its voting rights in the

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC v NOLADP, LLC, et al * Petition For Damages
Page No. 6

company/joint venture, and all to the extreme detriment and damage of MS Palm Beach. More particularly, MS Palm Beach avers that its extreme duress was directly caused by the acts of Defendants in Count 1 in failing to fulfill the contractual obligations it/they were bound to perform, thus rendering the project/property in absolute dire financial circumstances, and subsequently in default of its financial obligations, and causing MS Palm Beach's Member to do that which it/she would never have done but for the circumstances created by Defendants as to Count 1's bad acts, and said duress thus vitiating Petitioner MS Palm Beach's consent to such Amendment, and rendering the Amendment null and void and without force and/or effect. Petitioner seeks Judgment declaring said Amendment vitiated by lack of consent as a result of and due to duress.

### III (B)

### Underlying Facts and Allegations as to Vitiation of Mortgage

Petitioners further aver that the mortgage granted unto Defendant NOLADP by Petitioner MS Palm Beach and its partner was granted solely in contemplation of Defendant NOLADP's fulfillment of the absolute obligation to secure the financing and/or otherwise tender the $ 22,250,000 ( Twenty Two Million and Two Hundred and Fifty Thousand Dollars) and that as a result of Defendants as to Count 1's bad acts and specific failure to fulfill said absolute financial obligation, said mortgage must be negated, stricken and rendered without force and/or effect.

Petitioners aver that Defendants as to Count 1's' breaches of its/their obligations unto Petitioner MS Palm Beach, and unto TIO, 1544 and 1556, are all to Petitioner(s)' detriment, and are all at Petitioner(s)' expense in damages.

### IV.

The sole proximate cause of the above described acts were the bad faith and fraudulent acts of Defendants NOLADP, Mannone, Swickle and Prendergast and/or alternatively, intentional acts and/or alternatively, negligent acts of said Defendants as to Count 1, which bad faith, breach of contract, breach of fiduciary duties and fraud, and/or alternatively, intentional and/or alternatively negligent acts consist both generally and specifically as described above, and which more particularly, but not exclusively, consist of the following:

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC  v NOLADP, LLC, et al * Petition For Damages
Page No. 7

1.      Reckless disregard for the interests of Petitioner(s) and its/their partner and breach of its/their duties of good faith and fair dealing; and

2.      Breach of its/their obligations under the terms of the contractual agreement to provide the funding in the total amount of $ 22,250,00.00 (Twenty-Two Million and Five Hundred and Fifty Thousand dollars); and

3.      Breach of its/their fiduciary duties and obligations unto Petitioner(s) and its/their partner; and

4.      Fraud and Fraud in the Inducement, both generally and in particular when said Defendants knew prior to, at the time of, and subsequent to, the execution of the agreement that it/they lacked the necessary financial resources to satisfy the financial obligations unto Petitioner(s) and its/their partner; and

5.      Failure to disclose and/or disclose on a timely basis the fact that it/they both lacked the financial resources necessary to satisfy the contractual obligations, and further lacked even the ability to secure the requisite funding from any and all outside, third party, funding sources; and

6.      Misrepresentation and/or suppression of the truth by said Defendants made by said Defendants with the general and/or specific intent to obtain an unjust advantage for said Defendant(s) over Petitioner(s), or alternatively, to cause a loss to Petitioner(s) for reasons solely within the corporate knowledge of Defendant NOLADP, and/or individual knowledge of Mannone, Swickle and Pendergast, and/or within the individual knowledge of Defendant's Principals and/or Members and/or Employees, Agents, and/or Assigns; and

7.      Petitioner asserts entitlement to the civil laws and obligations of the State of Louisiana, statutorily and/or pursuant to jurisprudence and including, but not limited to, the provisions of the Louisiana Civil Code, and including but not limited to Civil Code Articles 1800,1861,1906, 1908, 1909, 1948, 1953, 1954 , 1955 1956, 1958, 1959, 1967, 1983, 1989, 1995, 1997, 1998, 2000, 2042, 2045, 2050, 2055, and alternatively 2315, 2316, 2317, 2320, 2324 (liability in solido

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC  v NOLADP, LLC, et al * Petition For Damages
Page No. 8

due to conspiracy of Defendants as to Count 1) and

(CCA 2055- Principle that no one is allowed under Louisiana law to take unfair

advantage of another or to enrich himself unjustly at the expense of another);

8.    Any other acts of bad faith, breach of contract, fraud, intentional acts and/or

negligence which may be gleaned through Discovery and subsequently proven

at trial.

Petitioner further avers that if NOLADP, or any of its Principals, is due any monies

whatsoever for any sums tendered of benefit to the property/project, (which is denied), said sums

are fully and completely offset by the money damages due Petitioners in compensation for the

detriment and severe harm occasioned upon them by Defendants as to Count 1's  bad acts.

## V.

## COUNT 1 (a)

## PIERCING THE CORPORATE VEIL

Made Defendants as to Count 1(a), to "pierce the corporate veil" are defendants as to

Count 1, i.e., NOLADP, Swickle, Prendergast and Mannone as described above.

All Petitioners aver that Defendants Swickle, Prendergast and Mannone formed two (2)

juridical entities with strikingly similar names in their attempt to conceal and confuse attempts

to hold them responsible in law and/or equity for their own bad acts, and further that the two (2)

juridical entities that they caused to be formed, NOLA Development Partners I, LLC and NOLA

Development Partners, LLC,  failed to follow all requisite terms, conditions, requirements and

formalities necessary to maintain the legality of the juridical entity(ies) limited liability

company(ies) such that its/their legal status is and was at all times pertinent hereto, without force

and/or effect whether in law or equity.

All Petitioners further aver that Defendants Swickle, Prendergast and Mannone are and

were at all times pertinent hereto acting in their individual capacities and not as Members,

Managers, Agents or other representatives of NOLADP, thus rendering them personally liable

for all acts as described herein and/or hereunder.

All Petitioners aver that NOLADP is and was at all times pertinent hereto "shell"

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC  v NOLADP, LLC, et al * Petition For Damages
Page No. 9

juridical entity(ies) limited liability company(ies) intended solely to shield said individual Defendants from personal liability for their own bad acts, and that law and equity demand that they each singularly and jointly, severally and in solido be held responsible for their acts as described herein, and not permitted to shield or otherwise "hide behind" sham juridical entities without legal force or effect.

## VI.

## COUNT 2

### ACTION FOR ACCOUNTING

Petitioner MS Palm Beach hereby makes as  Defendant as to Count 2 (for accounting) the following:

1. **MARKET STREET PROPERTIES MIAMI , LLC** (MS Miami), a limited liability corporation organized under the Laws of the State of Florida, and with its principal place of business bearing municipal address 3110 NE 2ND Avenue, Miami, Florida,

and

2. **MARKET STREET PROPERTIES (MIAMI), LLC**, (MS (Miami)), a limited liability corporation organized under the Laws of the State of Louisiana, and with its principal place of business bearing municipal address 201 St. Charles Avenue, Suite 3100, New Orleans, Louisiana,

and

3.  **MARKET STREET PROPERTIES, LLC ("MSP")**, a limited liability corporation organized under the Laws of the State of Louisiana, and with its principal place of business bearing municipal address 201 St. Charles Avenue, Suite 3100, New Orleans, Louisiana,

and

4. **MICHAEL SAMUEL**, a person of the full age of majority and a resident of and domiciled in the state of Florida, County of Dade.

Petitioner MS Palm Beach avers that Defendant Michael Samuel caused to be formed two (2) juridical entities with even more strikingly similar names, Market Street Properties Miami and Market Street Properties (Miami), LLC and further caused one to be organized under the

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC v NOLADP, LLC, et al * Petition For Damages
Page No. 10

laws of the State of Florida, and one to be organized under the laws of the State of Louisiana.

Petitioner MS Palm Beach demands an accounting from Michael Samuel, MS Miami and MS

(Miami) of all funds expended and received from and/or in any manner related to the Entergy

Station Property and of Market Street Properties, LLC.

Petitioner avers that Michael Samuel individually, and while acting in his capacity as

Representative of these juridical entities, and as Manager and Managing Member of Market

Street Properties, LLC, has managed certain funds of MSP and/or of the Entergy Station Property

and that both law and equity demand that an accounting thereof be made and Petitioner, in its

capacity as a Member, demands such a full and complete accounting of all funds of Market Street

Properties, LLC, MS Miami, MS (Miami) and, to the extent such accountings relate to or

otherwise concern MS Palm Beach, MS Palm Beach, and as otherwise relating to the Entergy

Station Property/Project from date of purchase to date.

## VII.

## COUNT 3

## PETITION FOR DECLARATORY JUDGEMENT AND/OR RELIEF

Made Defendants as to Count 3, (Declaratory Judgment and/or Relief) are:

1. **NOLA DEVELOPMENT PARTNERS I,** as described above in Count 1;
   and

2. **NOLA DEVELOPMENT PARTNERS, LLC,** as described in Count 1
   and

3. **MARKET STREET PROPERTIES MIAMI, LLC** as described in Count
   2 above.

4. **MARKET STREET PROPERTIES (MIAMI), LLC,** (MS (Miami)), as
   described in Count 2 above.

5. **MARKET STREET NEW ORLEANS INVESTORS, LLC,** a limited

liability corporation organized under the Laws of the State of Louisiana, and with its principal

place of business bearing municipal address 201 St. Charles Avenue, Suite 3110, New Orleans,

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC  v NOLADP, LLC, et al * Petition For Damages
Page No. 11

Louisiana , and

**6.  MARKET STREET NEW ORLEANS INVESTORS 2, LLC,** a limited liability corporation organized under the Laws of the State of Louisiana, and with its principal place of business bearing municipal address 201 St. Charles Avenue, Suite 3110, New Orleans, Louisiana , and

**7. ELIE J. MIMOUN**, a person of the full age of majority and a resident of and domiciled in the State of Florida, 3110 N.E. 2ND Avenue, Suite 200, North Miami Beach, Florida 33169

**8. NACHMAN ENTERPRISE**, a juridical entity upon information organized under the Laws of the State of Florida and with its principal place of business bearing municipal address 16401 N.W. 2nd Avenue, Suite 200, North Miami Beach, Florida  33169

**9. FYI ENTERPRISE, INC**., a corporation organized under the Laws of the State of Florida and with its principal place of business bearing municipal address 8095 N.W. 12th Street  Suite 115, Miami, Florida  33126 and

**10. LEONARD EPSTEIN**, a person of the full age of majority and a resident of and domiciled in the State of California at municipal address 7486 La Jolla Boulevard, Suite 545, La Jolla, California  92037

Petitioner MS Palm Beach re-avers and re-asserts all allegations of fact and law as contained in Counts 1, 1 (a) and 2 above as if copied herein in extenso.

Petitioner MS Palm Beach further avers that Defendants Market Street New Orleans Investors, LLC (and/or the subsequently formed Market Street New Orleans Investors 2, LLC), its Manager and Members and/or Principals, Agents and assigns, Defendants Mimoun, Nachman Enterprises, FYI Enterprise and Leonard Epstein assert ownership interest in the profits of the property/project (profit participation only).

Petitioner MS Palm Beach seeks declaratory judgment and/or relief establishing and declaring the profit participation of all Parties claiming any interest whatsoever in the property/project.

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC  v NOLADP, LLC, et al * Petition For Damages
Page No. 12

Petitioner MS Palm Beach hereby further petitions this Honorable Court for declaratory judgment and/or relief declaring the respective equity owners in indivision of the Parties' Entergy Station immovable property to be none other than Petitioner MS Palm Beach and its partner, MS Miami, and specifically declaring that neither Defendant NOLADP nor any of the other Defendants as to Count 1 possess any ownership, mortgage or other interest of any nature or kind in and to the subject Entergy Station property, or to Market Street Properties, LLC, or to any other juridical or other entity that owns any interest whatsoever in and to the Entergy Station property or assets of Market Street Properties, LLC., or of TIO, 1544 or 1556.

*See Property description attached hereto and made a part hereof as if copied herein in extenso.*

### VIII.

### CLAIM IN OFFSET

Petitioner MS Palm Beach seeks declaratory judgment and/or relief that if Defendants as to Count 1 are due any monies whatsoever for any sums tendered of benefit to the property/project, (which is denied), said sums are fully and completely offset by the money damages due Petitioner MS Palm Beach in compensation for the detriment and severe harm occasioned upon it by Defendants in Count 1 that were caused by their bad acts.

### IX.

### JURISDICTION, VENUE, ARTICLE 893 ASSERTION & JURY DEMAND

Petitioners respectfully aver that this Honorable Civil District Court For The Parish of Orleans possesses jurisdiction over the subject matter of these actions and persons made Parties Defendant pursuant to applicable provisions of the Louisiana Code of Civil Procedure and including, but not limited to, Articles 1, 2, 6, 8, 9, and that Venue is likewise proper pursuant to said Code and including but not limited to Articles 42, 73, 74, 76.1, and 80, and that as mandated by Article 893 of said Code, the amount in controversy asserted herein exceeds the requisite amount for Trial by Jury and that, as such, Petitioners demand Trial by Jury.

### X.

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC  v NOLADP, LLC, et al * Petition For Damages
Page No. 13

**PRAYER FOR RELIEF**

F I L E D

OCT 2 1 2008

DEPUTY CLERK
DISTRICT COURT

**WHEREFORE,** Petitioners pray that a copy of this Petition be served on all Defendants, and that they each be cited to appear and answer same, and that, in due course, and after due proceedings had, there be Judgement rendered against the Defendants in favor of Petitioners, in an amount to be determined by the trier of fact which will fully compensate Petitioners for all general and special damages suffered by Petitioner, and all as set forth or otherwise encompassed herein, together with legal interest from date of judicial demand until paid, and all penalties and attorney's fees as allowed by law, and for all costs and expenses of these proceedings.

Petitioner MS Palm Beach further prays for Declaratory Judgement declaring the respective interests of the Parties in the assets of Market Street Properties, LLC and/or in its immovable Entergy Station property and/or Entergy Station project, with the sole owners in equity interest therein being declared as Petitioner and its partner, MS Miami, and all to the absolute exclusion of Defendant NOLADP from and to any interest therein and/or thereto, financial, mortgage or otherwise, and generally for all just and equitable relief as the law may allow. Petitioner further prays for declaratory judgment and/or relief declaring the profit participation interests in the property/project

Petitioners pray that this Petition be modified, altered, and/or otherwise expanded to conform to the evidence adduced via Discovery and subsequently proven at trial on the merits, and for all just and equitable relief.

Petitioners pray for Trial by Jury.

Respectfully submitted,

**VAL PATRICK EXNICIOS,** (LA #19563)
**AMY C. FONTENOT** (LA# 28577)
**CARLOS A. RAMIREZ** (LA #31532
**Liska, Exnicios & Nungesser**
One Canal Place Suite 2290
Attorneys & Counselors-at-Law
365 Canal Street
New Orleans, LA 70130
(504) 410-9611
Fax: (504) 410-9937

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

MS Palm Beach, LLC  v NOLADP, LLC, et al * Petition For Damages
Page No. 14

**PLEASE HOLD SERVICE UNTIL FURTHER NOTICE ON:**

1.  NOLA Development Partners I, LLC
2.  NOLA Development Partners, LLC
3.  Market Street Properties, LLC
4.  Market Street Properties Miami, LLC
5.  Market Street Properties (Miami), LLC
6.  John Mannone
7.  Adam Swickle
8.  Michael Prendergast
9.  Michael Samuel
10. Market Street New Orleans Investors, LLC
11. Market Street New Orleans Investors 2, LLC
12. Nachman Enterprise
13. FYI Enterprise Inc.
14. Leonard Epstein
15. Elie Mimoun

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611

Dec-18-06  12:04pm  From-PHELPS DUNBAR                    +5045688130         T-290  P.002/006  F-906



### Exhibit A:
**Legal Description of the Premises**

**Parcel 1**

A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, located in the First Municipal District of the City of New Orleans, Square 35, and identified as **Lot M** on plan of F. C. Gandolfo, Surveyor, dated July 29, 1954, and which Lot M is **located in Square 35**, which is bounded by Celeste Street, Tchoupitoulas Street, St. James Street and South Peters Street, and in accordance with a survey by Landmark Surveying, Inc., Inc., dated December 17, 1992, said Lot M is more particularly described as follows:

Begin at the intersection of the west right of way line of South Peters Street and the south right of way line of St. James Street;

Thence S 13_41'30" W a distance of 192.02 feet to a point;

Thence N 76_22'55" W a distance of 128.00 feet to a point;

Thence N 13_42'15" E a distance of 31.97 feet to a point;

Thence N 76_22'55" W a distance of 63.94 feet to a point;

Thence N 13_42'10" E a distance of 160.05 feet to a point on the south right of way line of St. James Street;

Thence S 76_22'55" E a distance of 191.90 feet to the Point of Beginning.

Being the same property acquired by New Orleans Public Service, Inc. from A. Marx & Sons Co., Inc., by act dated November 25, 1995, filed in COB 607, folio 391.

**Parcel 2**

A CERTAIN PIECE OF PORTION OF GROUND, together with all the buildings and improvements thereon, located in the First Municipal District of the City of New Orleans, and identified as **Square 24-B**, which square is bounded by St. James Street on the north, Water Street on the east, and South Peters Street on the west and is triangular in shape, and in accordance with a survey of Landmark Surveying, Inc., dated December 17, 1992, said Square 24-B, is more particularly described as follows:

Begin at the intersection of the east right of way line of South Peters Street and the south right of way line of St. James Street;

Dec-18-06   12:04pm   From-PHELPS DUNBAR                    +5045689130        T-290  P.003/006  F-808

Thence S 76E22'55" E along the south right of way line of St. James Street a distance of 93.28 feet to the westerly right of way line of Water Street;

Thence along said right of way line S 39E52'05" W a distance of 211.45 feet to the intersection of South Peters Street;

Thence along the easterly right of way line of South Peters Street N 13E41'30" E a distance of 189.65 feet to the Point of Beginning. Being the same property acquired by purchase from Felix J. Puigh, by act dated July 7, 1926, registered in COB 411, folio 480.

### Parcel 3

A CERTAIN PIECE OR PORTION OF GROUND, together with the buildings and improvements thereon, located in the First Municipal District of the City of New Orleans, and identified as **Square 23-B**, which square is bounded by St. James Street on the north, Water Street on the east, and South Peters Street on the west and is triangular in shape, and in accordance with a survey of Landmark Surveying, Inc., dated December 17, 1992, said Square 23-B, is more particularly described as follows:

Begin at the intersection of the easterly right of way line of South Peters Street and the northerly right of way line of St. James Street;

Thence N 13E31'30" E a distance of 319.95 feet to a point on the former right of way line of Market Street;

Thence in an easterly direction along said former right of way line 272.67 feet to a point on Water Street;

Thence along the westerly right of way line of Water Street S 39E52'05" W a distance of 356.74 feet to a point;

Thence N 76E22'55" W a distance of 115.30 feet to the Point of Beginning.

Being the same property acquired by purchase from Railways Realty Company, by act dated September 30, 1935, registered in COB 486, folio 361.

### Parcel 4

A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, located in the First Municipal District of the City of New Orleans, and identified as **Square 22-B** (old Square 33A or 63A), which square is bounded by Richard Street on the north, Market Street on the south, Water Street on the east, and South Peters Street on the west, and in accordance with a survey of Landmark Surveying, Inc., dated December 17, 1992, said Square 22-B, is more particularly described as follows:

Dec-18-06   12:04pm   From-PHELPS DUNBAR                    +5045669130        T-290  P.004/006  F-808

Begin at the intersection of the former south right of way line of Richard Street and the easterly right of way line of South Peters Street;

Thence along said former right of way line in an easterly direction 272.67 feet to a point on the westerly right of way line of Water Street;

Thence along said right of way line of Water Street in a southerly direction 319.50 feet to a point on the former north right of way line of Market Street;

Thence in a westerly direction 272.67 feet to a point on the easterly right of way line of South Peters Street;

Thence along said right of way line in a northerly direction 319.50 feet to the Point of Beginning.

Being the same property acquired as follows: (a) New Orleans Public Service, Inc. acquired a portion of the land pursuant to Consolidation Agreement, dated September 27, 1922, registered in COB 429, folio 295. This Consolidation Agreement consolidated New Orleans & Carrollton Railroad Light and Power Company, Orleans Railroad Company and New Orleans & Pontchartrain Railroad Company into New Orleans Public Service, Inc. (b) The remaining land was acquired by New Orleans City Railroad Company by acts registered in COB 172, folio 475, COB 174, folio 395 and COB 182, folio 618.

### Parcel 5

A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, situated in the First Municipal District of the City of New Orleans, identified as **Square 21-B** (old Square 32-A), and in accordance with a survey of Landmark Surveying, Inc., dated December 17, 1992, said Square 21-B is more particularly described as follows:

Begin at the intersection of the easterly right of way line of South Peters Street and the southerly right of way line of Orange Street;

Thence S 76E22'55" E a distance of 272.67 feet to a point;

Thence along the westerly right of way line of Water Street S 13E41'30" W a distance of 319.84 feet to the former right of way line of Richard Street;

Thence in a westerly direction 272.67 feet to the easterly right of way line of South Peters Street;

Thence N 13E41'30" E a distance of 319.84 feet to the Point of Beginning.

Being the same property acquired from the Board of Commissioners of the Port of New Orleans by act dated August 6, 1926, registered in COB 423, folio 15.

### Former Market St.

A CERTAIN PIECE OR PORTION OF GROUND, together with the buildings and improvements thereon, located in the First Municipal District of the City of New Orleans, and identified as a revoked portion of **Market Street**, and in accordance with a survey of Landmark Surveying, Inc., dated December 17, 1992, said portion of ground is more particularly described as follows:

Begin at the intersection of Market Street and South Peters Street;

Thence along the property line of Square 22-B in an easterly direction 272.67 feet to the line of Water Street;

Thence along the line of Water Street toward St. James Street in a southerly direction 63.95 feet to the line of Square 23-B;

Thence along the line of Square 23-B 272.57 feet to the line of South Peters Street;

Thence along the line of South Peters Street 63.95 feet to the Point of Beginning.

Being the same property acquired by purchase from Charles J. Tessier, by act dated February 25, 1946, registered in COB 539, folio 543.

### Former Richard St.

A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, located in the First Municipal District of the City of New Orleans, and identified as a revoked portion of **Richard Street**, and in accordance with a survey of Landmark Surveying, Inc., dated December 17, 1992, said portion of ground is more particularly described as follows:

Begin at the intersection of the easterly right of way line of South Peters Street and the former southerly right of way line of Richard Street;

Thence in an easterly direction on the line of former Square 22-B 272.67 feet to a point on the westerly right of way line of Water Street;

Thence along said right of way line in a northerly direction 44.76 feet to a point;

Thence in a westerly direction along the former northerly right of way line of Bridget Street a distance of 272.67 feet to a point on the easterly right of way line of South Peters Street;

Thence in a southerly direction along said right of way line 44.76 feet to the Point of Beginning.

Dec-19-06    12:05pm    From-PHELPS DUNBAR                    +5045688130        T-290   P.006/006   F-808

Being the same property acquired by New Orleans Public Service, Inc., by Act of Exchange with the City of New Orleans, dated May 5, 1930, registered in COB 455, folio 244.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.                DIVISION " "             DOCKET NO.

**MARKET STREET PROPERTIES PALM BEACH, LLC, TCHOUPITOULAS INVESTORS ONE, LLC, 1544 TCHOUPITOULAS STREET, LLC &1556 TCHOUPITOULAS STREET, LLC**

OCT 2 1 2008

DEPUTY CLERK
CIVIL DISTRICT COURT

**VERSUS**

**NOLA DEVELOPMENT PARTNERS, LLC, NOLA DEVELOPMENT PARTNERS I, LLC, MARKET STREET PROPERTIES, LLC, MARKET STREET PROPERTIES MIAMI, LLC, MARKET STREET PROPERTIES (MIAMI), LLC, JOHN M. MANNONE, ADAM SWICKLE, MICHAEL PRENDERGAST, MICHAEL SAMUEL, MARKET STREET NEW ORLEANS INVESTORS, LLC, MARKET STREET NEW ORLEANS INVESTORS 2, LLC, NACHMAN ENTERPRISE, FYI ENTERPRISE, INC., LEONARD EPSTEIN & ELIE MIMOUN**

FILED:_____       _____
                                            DEPUTY CLERK

<u>REQUEST FOR NOTICE</u>

Clerk of Court

City of New Orleans

      Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered cause, or of the date set for trial and/or Hearing of any pleadings or motions therein, at least ten (10) days before any trial and/or Hearing date.

      We also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

_____
VAL PATRICK EXNICIOS, T.A. (LA #19563)
Amy C. Fontenot (LA# 28577)
Carlos A. Ramirez (LA# 31532)
Liska, Exnicios & Nungesser
365 Canal Street, Suite 2290
New Orleans, LA 70130
(504) 410-9611
Fax: (504) 410-9937
COUNSEL FOR PLAINTIFFS

LISKA,
EXNICIOS &
NUNGESSER
ATTORNEYS AT LAW
ONE CANAL PLACE
SUITE 2290
NEW ORLEANS, LA 70130
(504) 410-9611



Filed by:
F I L E D    Legal Wings

MAR 06 2009

DEPUTY CLERK
CIVIL DISTRICT COURT

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO. 2008-11005      SECTION "N"      DOCKET NO. 8

### MARKET STREET PROPERTIES PALM BEACH, LLC

### VS.

### NOLA DEVELOPMENT PARTNERS, LLC, ET AL

RECEIVED
MAR 11 2009
DIVISION "N"
FILED:

DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes defendants, NOLA

Development Partners, LLC, Leonard Epstein, FYI Enterprise, Inc., John M. Mannone, Market

Street New Orleans Investors, LLC, Nachman Enterprise, NOLA Development Partners I, LLC,

Michael Prendergast, and Adam Swickle (collectively, "Defendants"), and upon suggesting to

the Court that undersigned counsel was contacted on behalf of Defendants late Friday afternoon,

March 6, 2009 and requested to represent Defendants in this matter.

1.

Undersigned counsel understands that suit was filed sometime in 2008, but does not know

when or if Defendants have been served; therefore, counsel does not know when responsive

pleadings, if any, are currently due.

2.

Counsel attempted to reach counsel for plaintiff by telephone on Friday afternoon to

advise of this representation and to request an extension of time, but was unable to reach counsel

for plaintiff.

3.

In abundance of caution, Defendants, through undersigned counsel, request a 30-day

extension of time within which to file responsive pleadings herein.

DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112

DATE: 3/9/2009 at 12:12
CASE#: 2008 - 11005  SEC.: 8
RECEIPT#: 158875
                    PRICE        PAID        BAL
FAX FEES            12.50 $      8.50        0.00
MOTION FOR EXTENSION OF TIME
                    $  0.00 $    0.00 $      0.00
TOTAL PAID CASE # 200811005:   $12.50
RECEIPT TOTAL $12.50
AMOUNT RECEIVED $12.50
=======================================
check #59894 Amt. $12.50

3-11.09
VERIFIED
C STROUBEAT

3.9.09
VERIFIED

New Orleans, Louisiana, this 6th day of March, 2009.

Respectfully submitted,

EDWARD D. WEGMANN (Bar #13315)
MICHAEL B. DePETRILLO (Bar #31130)
Jones, Walker, Waechter, Poitevent,
    Carrere & Denegre
201 St. Charles Avenue – 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: 504-582-8000
Fax No.: 504-582-8011

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded this

day to all counsel of record, ☐ by CM/ECF, ☐ by e-mail, ☒ by facsimile, ☐ by overnight

delivery, ☐ by hand, ☒ by United States mail.

New Orleans, Louisiana, this 6th day of March, 2009.

FILED

MAR 0 6 2009

DEPUTY CLERK
CIVIL DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. 2008-11005       SECTION "N"       DOCKET NO. 8

**MARKET STREET PROPERTIES PALM BEACH, LLC**

**VS.**

**NOLA DEVELOPMENT PARTNERS, LLC, ET AL**

FILED:_____       _____

                                          **DEPUTY CLERK**

**O R D E R**

Considering the foregoing Motion for Extension of Time;

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants, NOLA Development Partners, LLC, Leonard Epstein, FYI Enterprise, Inc., John M. Mannone, Market Street New Orleans Investors, LLC, Nachman Enterprise, NOLA Development Partners I, LLC, Michael Prendergast, and Adam Swickle be granted a 30-day extension of time, or until April 6, 2009, in which to file responsive pleadings in the above-captioned matter.

New Orleans, Louisiana, this _11_ day _____*March*_____, 2009.

_____
CIVIL DISTRICT COURT JUDGE

MAR 1 2 2009

ENTERED ON MINUTES

{N1949011.1}



**LISKA, EXNICIOS & NUNGESSE**

ATTORNEYS AT LAW

www.exnicioslaw.com

ONE CANAL PLACE, SUITE 2290
365 CANAL STREET
NEW ORLEANS, LOUISIANA
70130

FILED

2008 DEC -5

CIVIL
DISTRICT COURT

VAL PATRICK EXNICIOS
vpexnicios@exnicioslaw.com

TELEPHONE: (504) 410-9611
FACSIMILE: (504) 410-9937

December 4, 2008

Clerk of Court
CDC Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112

RE:   Market Street Properties Palm Beach, LLC, et al.
               vs.
      NOLA Development Partners, LLC, et al.
      CDC, No.08-11005, Division "N-8"

Dear Sir or Madam:

    Enclosed please find the Suit for Damages which has been filed in the above referenced case.
Please send this office the necessary documents and information required to effect service through
the Long Arm Statue on the following Defendants:

NOLA Development Partners I, LLC
through its Registered Agent
Corporate Creations Network, Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens, FL 33410

Nachman Enterprises, LLC
through its Registered Agent
Paul Feldman
407 Lincoln Rd., Ste. 701
Miami Beach, FL 33139

NOLA Development Partners, LLC
through its Registered Agent
Corporate Creations Network, Inc.
11380 Prosperity Farms Road #221E
Palm Beach Garden, FL 33410

F.Y.I. Enterprises, Inc.
through its Registered Agent
Richard E. Berman, Esq
2101 W. Commercial Blvd., Ste. 2800
Ft. Lauderdale, FL 33309

John M. Mannone
2911 Rockaway Ave.
Oceanside, NY 11572

Leonard Epstein
7486 La Jolla Blvd., Ste. 545
La Jolla, CA 92037

Market Street Properties Miami, LLC
through its Registered Agent
Corey E. Hoffman, Esq.
3250 Mary Street, Ste. 303
Coconut Grove, FL 33133

Eli J. Mimoun
3110 N.E. 2nd Ave., Ste. 200
North Miami Beach, FL 33169



December 4, 2008
Page 2

Adam Swickle                                Michael Samuel
18851 NE 2nd Ave., # 745                    3110 NE 2nd Ave.
Aventura, FL 33180                          Miami, FL 33137

Michael Prendergast
9160 Bahia Drive
Scottsdale, AZ 85260

Enclosed please find a return self addressed envelope provided for this information.

        With best personal and professional regards, I remain

                            Very truly yours,



                            VAL P. EXNICIOS

Enclosures

**LISKA, EXNICIOS & NUNGESSER**

ATTORNEYS AT LAW

www.exnicioslaw.com

ONE CANAL PLACE, SUITE 2290
365 CANAL STREET
NEW ORLEANS, LOUISIANA
70130

VAL PATRICK EXNICIOS
vpexnicios@exnicioslaw.com

FILED

2008 DEC 15 A 10 51

TELEPHONE: (504) 410-9611
FACSIMILE: (504) 410-9937

December 4, 2008

CIVIL
DISTRICT COURT

Clerk of Court
CDC Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112

RE:     Market Street Properties Palm Beach, LLC, et al.
                                vs.
           NOLA Development Partners, LLC, et al.
           CDC, No.08-11005, Division "N-8"

Dear Sir or Madam:

Enclosed please find the Suit for Damages which has been filed in the above referenced case, and a check for $80.00 for you to please effect service on the following Defendants:

Market Street Properties, LLC
through its Registered Agent
Wade P. Webster
201 St. Charles Ave., Ste. 3100
New Orleans, LA 70170

Market Street New Orleans Investors, LLC
through its Registered Agent
Wade P. Webster
201 St. Charles Ave., Ste. 3100
New Orleans, LA 70170

Market Street Properties (Miami), LLC
through its Registered Agent
Wade P. Webster
201 St. Charles Ave., Ste. 3100
New Orleans, LA 70170

Market Street New Orleans Investors 2, LLC
through its Registered Agent
Wade P. Webster
400 Poydras St.
30th Floor
New Orleans, LA 70130

With best personal and professional regards, I remain

Very truly yours,

VAL P. EXNICIOS

Enclosures

VERIFIED
C. STROMROE

**...SKA, EXNICIOS & NUNGESSE...**

ATTORNEYS AT LAW

www.exnicioslaw.com

ONE CANAL PLACE, SUITE 2290
365 CANAL STREET
NEW ORLEANS, LOUISIANA 70130

VAL PATRICK EXNICIOS
vpexnicios@exnicioslaw.com

TELEPHONE: (504) 410-9611
FACSIMILE: (504) 410-9937

December 18, 2008

Clerk of Court
CDC Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112

RE:     Market Street Properties Palm Beach, LLC, et al.
                                vs.
        NOLA Development Partners, LLC, et al.
        CDC, No.08-11005, Division "N-8"

Dear Sir or Madam:

        Enclosed please find the Suit for Damages which has been filed in the above referenced case.
Please send this office the necessary documents and information required to effect service through
the Long Arm Statue on the following Defendant:

                F.Y.I. Enterprises, Inc.
                through its Registered Agent and/or Officer
                Yaniv Amar
                8095 N.W. 12th Street, Suite 115
                Miami, FL 33126

Enclosed please find a return self addressed envelope provided for this information.

        With best personal and professional regards, I remain

                        Very truly yours,

                        VAL P. EXNICIOS

Enclosures

**CIVIL DISTRICT COURT IN THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

FILED

2009 DEC 22  P 12: 20

CIVIL
DISTRICT COURT

Case No.: 08-11005                                       **Division: N-8**

**MARKET STREET PROPERTIES PALM BEACH, LLC, TCHOUPITOULAS INVESTORS ONE, LLC, 1544 TCHOUPITOULAS STREET, LLC & 1556 TCHOUPITOULAS STREET, LLC**

**VERSUS**

**NOLA DEVELOPMENT PARTNERS, LLC, NOLA DEVELOPMENT PARTNERS I, LLC, MARKET STREET PROPERTIES, LLC, MARKET STREET PROPERTIES MIAMI, LLC, MARKET STREET PROPERTIES (MIAMI), LLC, JOHN M. MANNONE, ADAM SWICKLE, MICHAEL PENDERGAST, MICHAEL SAMUEL, MARKET STREET NEW ORLEANS INVESTORS, LLC, MARKET STREET NEW ORLEANS INVESTORS 2, LLC, NACHMAN ENTERPRISE, FYI ENTERPRISE, INC. LEONARD EPSTEIN & ELIE MIMOUN**

**NON-PARTY NOTICE OF FILING**

NOTICE IS HEREBY GIVEN that the undersigned Non-Party hereby files for the Court's

consideration in the above-styled action the following:

1.     Electronic Correspondence dated December 17, 2008  from Berman, Kean & Riguera, P.A. to Val Patrick Exnicios, Esq.

2.     Detail by Entity Name from the Florida Department of State, Division of Corporations regarding the Florida Profit Corporation, F.Y.I. Enterprises, Inc. showing that the corporation was Administratively Dissolved for lack of filing Annual report on September 14, 2007 and that the undersigned Non-Party resigned as their Registered Agent on December 3, 2007.

VERIFIED
12-29-09

MS Palm Beach, LLC v NOLABP, LLC, et al
Case No.: 08-11005  Division:  N-8

2008 DEC 22  P 12: 20

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S.

Regular Mail, this 17th day of December, 2008, to:


Val Patrick Exnicios, Esq.
Amy C. Fontenot, Esq.
Carlos A. Ramirez, Esq.
Liska, Exnicios & Nungesser
One Canal Place, Suite 2290
365 Canal Street
New Orleans, LA 70130


**BERMAN, KEAN & RIGUERA, P.A.**
2101 W. Commercial Blvd.
Suite 2800
Fort Lauderdale, Florida 33309
Telephone: (954) 735-0000
Facsimile: (954) 736-3636

By: _____
Richard E. Berman
Florida Bar No.: 254908


\\Server-MS\REBData\Berman, Kean & Riguera, P.A\1343-008\Attached Document\40201.wpd



### Detail by Entity Name

#### Florida Profit Corporation

F.Y.I. ENTERPRISES, INC.

#### Filing Information

| | |
|---|---|
| **Document Number** | P04000169829 |
| **FEI Number** | 202855321 |
| **Date Filed** | 12/20/2004 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/14/2007 |
| **Event Effective Date** | NONE |

#### Principal Address

8095 N.W.12TH STREET
SUITE 115
MIAMI FL 33126

Changed 04/03/2006

#### Mailing Address

8095 N.W. 12TH STREET
SUITE 115
MIAMI FL 33126

Changed 04/03/2006

#### Registered Agent Name & Address

BERMAN, RICHARD E ESQ.
2101 W. COMMERCIAL BLVD.
SUITE 2800
FT. LAUDERADALE FL 33309 US

Registered Agent Resigned: 12/03/2007

#### Officer/Director Detail

**Name & Address**

Title D

AMAR, YANIV
8095 N.W. 12TH STREET, SUITE 115
MIAMI FL 33126

#### Annual Reports

**Report Year Filed Date**

| | |
|---|---|
| **2005** | 04/03/2006 |
| **2006** | 04/03/2006 |

## Document Images

| | |
|---|---|
| 12/03/2007 -- Reg. Agent Resignation | View image in PDF format |
| 04/03/2006 -- REINSTATEMENT | View image in PDF format |
| 12/20/2004 -- Domestic Profit | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

*FILED*

*2008 DEC 22 P 12: 20*

*CIVIL DISTRICT COURT*

| | | |
|---|---|---|
| Previous on List | Next on List | Return To List |
| Events | No Name History | |

Entity Name Search

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

ATTORNEY'S NAME: Exnicios, Val  19963
AND ADDRESS:    One Canal Place, Suite 2290
                New Orleans, LA 70130

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:    2008 -- 11005    9                                    SECTION:    8 -- N

MARKET STREET PROPERTIES PALM BEACH, LLC   ET AL VERSUS NOLA DEVELOPMENT PARTNERS, LLC
ET AL

## CITATION

TO:  MARKET STREET NEW ORLEANS INVESTORS 2, LLC
     THROUGH:  ITS REGISTERED AGENT
     WADE P. WEBSTER
     400 POYDRAS ST., 30TH FLOOR
     NEW ORLEANS                    LA

CIVIL SHERIFF'S OFFICE  2008 DEC 22  P 2: 58  RECEIVED

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                          ADDITIONAL INFORMATION                                         *
*   Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer   *
*   Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.   *
*   If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you   *
*   may call 529 - 1000 for more information.                                              *
*   COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE                                 *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA    December 16, 2008    .

Clerk's Office,  Room 402,  Civil Courts Building,          DALE N. ATKINS,  Clerk of
421 Loyola Avenue                                          The Civil District Court
New Orleans,  LA                                           for the Parish of Orleans
                                                           State of LA
                                                           by
                                                                          Deputy Clerk

---

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|

On this  23  day of  DEC          On this _____ day of _____
2008          served a copy of the w/i petition      _____  served a copy of the w/i petition
FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL    FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL

On                                                On
   MARKET STREET NEW ORLEANS INVESTORS 2, LLC          MARKET STREET NEW ORLEANS INVESTORS 2, LLC

THROUGH:  ITS REGISTERED AGENT                     THROUGH:  ITS REGISTERED AGENT
AGENT WADE P. WEBSTER
                                                   by leaving same at the dwelling house, or usual place of
                                                   abode, in the hands of _____
                                                   a person of suitable age and discretion residing therein as
_____                   a member of the domiciliary establishment, whose name
          Returned  same  day                      and other facts connected with this service I learned by
905          c Martin  No.  138                    interrogating  HIM / HER the said _____
Am          Deputy Sheriff of _____        MARKET STREET NEW ORLEANS INVESTORS 2, LLC
Mileage: $ _____

_____ / ENTERED                                being absent from the domicile at time of said service.
                                                   Returned  same  day
PAPER          9102          RETURN                             No. _____
_____                   _____
SERIAL NO.    DEPUTY    PARISH                     Deputy Sheriff of _____

VERIFIED
12-30-08
JnC

## LISKA, EXNICIOS & NUNGESSER

ATTORNEYS AT LAW

www.exnicioslaw.com

ONE CANAL PLACE, SUITE 2290
365 CANAL STREET
NEW ORLEANS, LOUISIANA
70130

**FILED**

2009 JAN -5    A TELEPHONE: (504) 410-9611
                 FACSIMILE: (504) 410-9937

CIVIL
DIST...

VAL PATRICK EXNICIOS
vpexnicios@exnicioslaw.com

December 30, 2008

Clerk of Court
CDC Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112

RE:    Market Street Properties Palm Beach, LLC, et al.
                        vs.
       NOLA Development Partners, LLC, et al.
       CDC, No.08-11005, Division "N-8"

Dear Sir or Madam:

Enclosed please find the original affidavit and one copy, together with the registered return receipt card indicating that service by Certified Registered Mail has been made on the following defendants with reference to the Suit for Damages which has been filed in the above referenced case.

NOLA Development Partners I, LLC
through its Registered Agent
Corporate Creations Network, Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens, FL 33410

Nachman Enterprises, LLC
through its Registered Agent
Paul Feldman
407 Lincoln Rd., Ste. 701
Miami Beach, FL 33139

NOLA Development Partners, LLC
through its Registered Agent
Corporate Creations Network, Inc.
11380 Prosperity Farms Road #221E
Palm Beach Garden, FL 33410

Leonard Epstein
7486 La Jolla Blvd., Ste. 545
La Jolla, CA 92037

Market Street Properties Miami, LLC
through its Registered Agent
Corey E. Hoffman, Esq.
3250 Mary Street, Ste. 303
Coconut Grove, FL 33133

John M. Mannone
2911 Rockaway Ave.
Oceanside, NY 11572

Please file the affidavit into the record and return one conformed copy to this office in the self addressed, stamped envelope which is provided.

copy mailed 01-06-09 Pat

With best personal and professional regards, I remain

Very truly yours,   FILED

2009 JAN -5  A 9: 18

VAL PATRICK EXNICIOS

DISTRICT COURT

Enclosures

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 08-11005                                      DIVISION "N - 8 "

MARKET STREET PROPERTIES PALM BEACH, LLC, TCHOUPITOULAS
INVESTORS ONE, LLC, 1544 TCHOUPITOULAS STREET, LLC &1556
TCHOUPITOULAS STREET, LLC

VERSUS

NOLA DEVELOPMENT PARTNERS, LLC, NOLA DEVELOPMENT PARTNERS I,
LLC, MARKET STREET PROPERTIES, LLC, MARKET STREET PROPERTIES
MIAMI, LLC, MARKET STREET PROPERTIES (MIAMI), LLC, JOHN M.
MANNONE, ADAM SWICKLE, MICHAEL PRENDERGAST, MICHAEL SAMUEL,
MARKET STREET NEW ORLEANS INVESTORS, LLC, MARKET STREET NEW
ORLEANS INVESTORS 2, LLC, NACHMAN ENTERPRISE, FYI ENTERPRISE, INC.,
LEONARD EPSTEIN  & ELIE MIMOUN

FILED:_____          _____
                                                       DEPUTY CLERK

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, Notary, personally came and appeared:

CARLOS A. RAMIREZ

who, after having been duly sworn, did depose and say:

That on the 11th day of December, 2008, he did deposit in the U. S. Mail, a certified copy of

the Citation and Petition in the above captioned matter, pursuant to the Long Arm Statute, LA R.S.

13:3201, et seq. to the following defendants:

NOLA Development Partners I, LLC
through its Registered Agent
Corporate Creations Network, Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens, FL 33410

NOLA Development Partners, LLC
through its Registered Agent
Corporate Creations Network, Inc.
11380 Prosperity Farms Road #221E
Palm Beach Garden, FL 33410

John M. Mannone
2911 Rockaway Ave.
Oceanside, NY 11572

Nachman Enterprises, LLC
through its Registered Agent
Paul Feldman
407 Lincoln Rd., Ste. 701
Miami Beach, FL 33139

Leonard Epstein
7486 La Jolla Blvd., Ste. 545
La Jolla, CA 92037

Market Street Properties Miami, LLC
through its Registered Agent
Corey E. Hoffman, Esq.
3250 Mary Street, Ste. 303
Coconut Grove, FL 33133

VERIFIED
01-06-09

in an envelope properly addressed to said defendants with sufficient postage affixed and did send

same to said defendants via certified mail, return receipt requested, copy of which receipt is affixed

hereto and made a part hereof.

**FILED**

2009 JAN -5 A 9: 18

CIVIL
DISTRICT

**CARLOS A. RAMIREZ, (LA # 31532)**

SWORN TO AND SUBSCRIBED BEFORE
ME, NOTARY, THIS _30_ DAY OF
_December_, 2008.

NOTARY PUBLIC

**VAL PATRICK EXNICIOS**
NOTARY PUBLIC
State of Louisiana, Bar Roll #19563
My Commission is for life.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nachman Enterprises, LLC
through its Registered Agent
Paul Feldman
407 Lincoln Rd., Ste. 701
Miami Beach, FL 33139

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)  *PSKLink*   C. Date of Delivery  *12/19*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   2750 NE 185 st #3
   Aventura, FLA
   33180

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7008 0150 0003 3343 1637

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leonard Epstein
7486 La Jolla Blvd., Ste. 545
La Jolla, CA 92037

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   DEC 16 2008

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7008 0150 0003 3343 1651

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Market Street Properties Miami, LLC
through its Registered Agent
Corey E. Hoffman, Esq.
3250 Mary Street, Ste. 303
Coconut Grove, FL 33133

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  12/16/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7008 0150 0003 3343 1705

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

d. Received by (Printed Name) — *Heyun Foster*
C. Date of Delivery — 12/15/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

NOLA Development Partners I, LLC
through its Registered Agent
Corporate Creations Network, Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens, FL 33410

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7008 0150 0003 3343 1675

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

d. Received by (Printed Name) — *Huyun Foster*
C. Date of Delivery — 12/15/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

NOLA Development Partners, LLC
through its Registered Agent
Corporate Creations Network, Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens, FL 33410

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7008 0150 0003 3343 1682

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery — 12/20/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

John M. Mannone
2911 Rockaway Ave.
Oceanside, NY 11572

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7008 0150 0003 3343 1699

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## LISKA, EXNICIOS & NUNGESSER

ATTORNEYS AT LAW

www.exnicioslaw.com

ONE CANAL PLACE, SUITE 2290
365 CANAL STREET
NEW ORLEANS, LOUISIANA
70130

VAL PATRICK EXNICIOS
vpexnicios@exnicioslaw.com

TELEPHONE: (504) 410-9611
FACSIMILE: (504) 410-9937

January 8, 2009

Clerk of Court
CDC Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112

RE:  Market Street Properties Palm Beach, LLC, et al.
          vs.
     NOLA Development Partners, LLC, et al.
     CDC, No.08-11005, Division "N-8"

Dear Sir or Madam:

Enclosed please find the Suit for Damages which has been filed in the above referenced case. Please send this office the necessary documents and information required to effect service through the Long Arm Statue on the following Defendants:

Adam Swickle
18851 NE 2nd Ave., # 745
Aventura, FL 33180

Michael Samuel
3110 NE 2nd Ave.
Miami, FL 33137

Michael Prendergast
9160 Bahia Drive
Scottsdale, AZ 85260

Enclosed please find a return self addressed envelope provided for this information.

With best personal and professional regards, I remain

Very truly yours,

VAL P. EXNICIOS

Enclosures

**ISKA, EXNICIOS & NUNGESSER**

ATTORNEYS AT LAW

www.exnicioslaw.com

ONE CANAL PLACE, SUITE 2290
365 CANAL STREET
NEW ORLEANS, LOUISIANA
70130

FILED

VAL PATRICK EXNICIOS
vpexnicios@exnicioslaw.com

2009 JAN -9  TELEPHONE: (504) 410-9611
FACSIMILE: (504) 410-9937

January 7, 2009

CIVIL
DISTRICT COURT

Clerk of Court
CDC Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA  70112

RE:    Market Street Properties Palm Beach, LLC, et al.
                          vs.
       NOLA Development Partners, LLC, et al.
       CDC, No.08-11005, Division "N-8"

Dear Sir or Madam:

Enclosed please find the Suit for Damages which has been filed in the above referenced case,
and a check for $60.00 for you to please effect service on the following Defendants:

Market Street Properties, LLC                  Market Street New Orleans Investors, LLC
through its Registered Agent                    through its Registered Agent
Wade P. Webster                                 Wade P. Webster
400 Poydras St.                                 400 Poydras St.
30th Floor                                      30th Floor
New Orleans, LA70130                            New Orleans, LA 70130

Market Street Properties (Miami), LLC
through its Registered Agent
Wade P. Webster
400 Poydras St.
30th Floor
New Orleans, LA 70130

With best personal and professional regards, I remain

Very truly yours,

VAL P. EXNICIOS

Enclosures

VERIFIED
0-12-09 RCt

ATTORNEY'S NAME: Exnicios, Val   19563
AND ADDRESS:   One Canal Place,  Suite 2290
New Orleans   LA 70130

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2008 -- 11005   20   SECTION:   8 -- N

MARKET STREET PROPERTIES PALM BEACH, LLC   ET AL VERSUS NOLA DEVELOPMENT PARTNERS, LLC
ET AL

**C I T A T I O N**

TO:  MARKET STREET NEW ORLEANS INVESTORS, LLC
THROUGH:  ITS REGISTERED AGENT:  WADE P. WEBSTER
400 POYDRAS ST., 30TH FLOOR

NEW ORLEANS   LA   70130

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*   ADDITIONAL INFORMATION
*   Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer
*   Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.
*   If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you
*   may call 529 - 1000 for more information.
*   COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA   January 12, 2009   .

Clerk's Office,  Room 402, Civil Courts Building,   DALE N. ATKINS,  Clerk of
421 Loyola Avenue   The Civil District Court
New Orleans, LA   for the Parish of Orleans
State of LA
by
Deputy Clerk

_____
SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this 14 day of JAN | On this _____ day of _____ |
| 2009 served a copy of the w/i petition | _____ served a copy of the w/i petition |
| FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL | FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL |
| | |
| On | On |
| MARKET STREET NEW ORLEANS INVESTORS, LLC | MARKET STREET NEW ORLEANS INVESTORS, LLC |
| | |
| THROUGH:  ITS REGISTERED AGENT: WADE P. WEBSTER | THROUGH:  ITS REGISTERED AGENT:  WADE P. WEBSTER |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ |
| | a person of suitable age and discretion residing therein as |
| Returned  same  day | a member of the domiciliary establishment, whose name |
| 9:15 AM   C martin   No.  13 | and other facts connected with this service I learned by interrogating  HIM / HER  the said _____ |
| Deputy Sheriff of _____ | MARKET STREET NEW ORLEANS INVESTORS, LLC |
| Mileage: $ | |
| | being absent from the domicile at time of said service. |
| / ENTERED / | Returned  same  day |
| PAPER   9102 | No. |
| SERIAL NO.   DEPUTY   PARISH | Deputy Sheriff of _____ |

VERIFIED
T. GREEN 1-16-09

ATTORNEY'S NAME: Exnicios, Val  19563
AND ADDRESS:  One Canal Place, Suite 2290
New Orleans     LA 70130

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:     2008 -- 11005        17                                    SECTION:     8 -- N

MARKET STREET PROPERTIES PALM BEACH, LLC   ET AL VERSUS NOLA DEVELOPMENT PARTNERS, LLC
ET AL

# C I T A T I O N

TO:  MARKET STREET PROPERTIES (MIAMI), LLC
      THROUGH:  ITS REGISTERED AGENT: WADE P. WEBSTER
      400 POYDRAS ST., 30th FLOOR

      NEW ORLEANS                          LA    70130

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                      ADDITIONAL INFORMATION                                                          *
*   Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer   *
*   Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.   *
*   If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you   *
*   may call 529 - 1000 for more information.                                                             *
*   COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE                                          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA        January 12, 2009      .

Clerk's Office, Room 402, Civil Courts Building,                 DALE N. ATKINS, Clerk of
421 Loyola Avenue                                               The Civil District Court
New Orleans, LA                                                 for the Parish of Orleans
                                                               State of LA
                                                               by
                                                                              Deputy Clerk

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ | On this ___ day of ___ |
| ___ served a copy of the w/i petition | ___ served a copy of the w/i petition |
| FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL | FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL |
| On | On |
| MARKET STREET PROPERTIES (MIAMI), LLC | MARKET STREET PROPERTIES (MIAMI), LLC |
| THROUGH: ITS REGISTERED AGENT: WADE P. WEBSTER | THROUGH: ITS REGISTERED AGENT: WADE P. WEBSTER |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of ___ |
| | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating  HIM / HER the said |
| Returned same day | MARKET STREET PROPERTIES (MIAMI), LLC |
| Deputy Sheriff of ___ No. ___ | |
| Mileage: $ ___ | being absent from the domicile at time of said service. |
| / ENTERED / | Returned same day |
| PAPER | No. ___ |
| SERIAL NO.     DEPUTY     PARISH | Deputy Sheriff of ___ |

VERIFIED
T. GREEN
1-16-09

ATTORNEY'S NAME: Exnicios, Val  19563
AND ADDRESS:    One Canal Place,  Suite 2290
                New Orleans   LA 70130

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:    2008 -- 11005      19                                    SECTION:    8 -- N

MARKET STREET PROPERTIES PALM BEACH, LLC   ET AL VERSUS NOLA DEVELOPMENT PARTNERS, LLC
ET AL

**C I T A T I O N**

TO:  MARKET STREET PROPERTIES, LLC
     THROUGH:  ITS REGISTERED AGENT:  WADE P. WEBSTER
     400 POYDRAS ST.,  30TH FLOOR

     NEW ORLEANS                        LA    70130

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                          ADDITIONAL INFORMATION
*   Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer
*   Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.
*   If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you
*   may call 529 - 1000 for more information.
*   COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA ____January 12, 2009____ .

Clerk's Office,  Room 402,  Civil Courts Building,               DALE N. ATKINS, Clerk of
421 Loyola Avenue                                               The Civil District Court
New Orleans,  LA                                                for the Parish of Orleans
                                                                State of LA
                                                                by _____
                                                                          Deputy Clerk

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ _____ | On this _____ day of _____ |
| _____ served a copy of the w/i petition | _____ served a copy of the w/i petition |
| FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL | FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL |
| On | On |
| MARKET STREET PROPERTIES, LLC | MARKET STREET PROPERTIES, LLC |
| THROUGH:  ITS REGISTERED AGENT:  WADE P. WEBSTER | THROUGH:  ITS REGISTERED AGENT:  WADE P. WEBSTER |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ |
| Returned  same  day | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating  HIM / HER the said |
| _____ No. _____ | MARKET STREET PROPERTIES, LLC |
| Deputy Sheriff of _____ | |
| Mileage:  $_____ | |
| / ENTERED / _____ | being absent from the domicile at time of said service. |
| PAPER | Returned  same  day |
| _____ | No. _____ |
| SERIAL NO.      DEPUTY      PARISH | Deputy Sheriff of _____ |

VERIFIED
T. GREEN 1-16-09



WADE P. WEBSTER
Partner
Direct Dial: 504-595-5155
E-mail: wwebster@frvf-law.com
Admitted in Louisiana and Texas

FOWLER
RODRIGUEZ
VALDES-FAULI

January 14, 2009

VAL P. EXNICIOS, ESQ.
Liska, Exnicios & Nungesser
One Canal Place, Suite 2290
365 Canal Street
New Orleans, Louisiana 70130

Re:  *Market Street Properties Palm Beach, L.L.C., et al v.
NOLA Development Partners, L.L.C., et al
CDC Case No. 08-11005 "N"(8)*

Dear Mr. Exnicios:

I received service of citation in Civil District Court docket number 2008-11005 that was directed to me as the agent of Market Street New Orleans Investors, L.L.C., Market Street Properties Palm Beach, L.L.C. and Market Street Properties, L.L.C. The citation was received on January 14, 2009, but I had resigned as the registered agent for these entities on January 5, 2009.

By copy of this letter to the Clerk of Court, I am requesting that she place this in the record in the above-referenced matter to reflect that service of citation has not been properly made on these defendants.

Sincerely,

Wade P. Webster

WPW/jks
enclosures
cc:  Orleans Parish Clerk of Court          Elie Mimoun
     421 Loyola Avenue, Room 402            3110 N.E. 2nd Avenue
     New Orleans, Louisiana 70112           Miami, Florida 33137

     Michael Samuel                          Neil Fisher
     3110 N.E. 2nd Avenue                     825 Royal Street
     Miami, Florida 33137                     New Orleans, Louisiana 70116

430067_1

RECEIVED
JAN 20 2009
CLERK OF COURT
CIVIL DISTRICT COURT

FOWLER RODRIGUEZ VALDES-FAULI • COUNSELLORS AT LAW
400 POYDRAS STREET 30TH FLOOR • NEW ORLEANS, LOUISIANA 70130 • PHONE: (504) 523-2600 FAX: (504) 523-2705

NEW ORLEANS  •  HOUSTON  •  MIAMI  •  MOBILE  •  BOGOTÁ

January 14, 2009
Page 2

Nachmann Enterprise
16401 N.W. 2nd Avenue, Suite 200
North Miami Beach, Florida 33169

FYI Enterprise, Inc.
8095 N.W. 12th Street, Suite 115
Miami, Florida 33126

430067_1

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

FILED

2009 JAN 13 P 4:31

CIVIL
DISTRICT COURT

NO. 08-11005                                    DIVISION "N-8"

MARKET STREET PROPERTIES PALM BEACH, LLC, TCHOUPITOULAS
INVESTORS ONE, LLC, 1544 TCHOUPITOULAS STREET, LLC &1556
TCHOUPITOULAS STREET, LLC

RECEIVED

JAN 1 3 2009

DIVISION "N"

### VERSUS

NOLA DEVELOPMENT PARTNERS, LLC, NOLA DEVELOPMENT PARTNERS I,
LLC, MARKET STREET PROPERTIES, LLC, MARKET STREET PROPERTIES
MIAMI, LLC, MARKET STREET PROPERTIES (MIAMI), LLC, JOHN M.
MANNONE, ADAM SWICKLE, MICHAEL PRENDERGAST, MICHAEL SAMUEL,
MARKET STREET NEW ORLEANS INVESTORS, LLC, MARKET STREET NEW
ORLEANS INVESTORS 2, LLC, NACHMAN ENTERPRISE, FYI ENTERPRISE, INC.,
LEONARD EPSTEIN & ELIE MIMOUN

FILED:_____          _____
                                              DEPUTY CLERK

### EX-PARTE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION AND ORDER TO APPOINT ATTORNEY-AT-LAW TO REPRESENT FOREIGN DEFENDANT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs Market Street

Properties Palm Beach, LLC, Tchoupitoulas Investors One, LLC, 1544 Tchoupitoulas Street, LLC,

and 1556 Tchoupitoulas Street, LLC, who move this Honorable Court to appoint an attorney-at-law

to represent the interest of Defendant Eli J. Mimoun, 3110 N.E. 2nd Ave., Ste. 200, North Miami

Beach, FL 33169.

In support of this motion, Plaintiffs aver that on or about December 11, 2008, service of

process pursuant to the Long Arm Statute was attempted upon said Defendant. Despite the passage

of thirty (30) days, no certified returned receipt has been received. Plaintiffs therefore seek an Order

appointing an attorney-at-law to represent the interest of said Defendant and upon whom service of

process may be effected pursuant to LA R.S. 13:3204 (B).

Respectfully submitted,

**VAL PATRICK EXNICIOS,** (LA #19563)
**AMY C. FONTENOT,** (LA# 28577)
**CARLOS A. RAMIREZ,** (LA #31532
**Liska, Exnicios & Nungesser**
Attorneys & Counselors-at-Law

One Canal Place, Suite 2290
365 Canal Street
New Orleans, LA 70130
Tel: (504) 410-9611
Fax: (504) 410-9937
Vpexnicios@exnicioslaw.com
Afontenot@exnicioslaw.com
Cramirez@exnicioslaw.com
*Attorneys for Plaintiffs*

FILED

2009 JAN 13 P 4: 31

CIVIL
DISTRICT COURT

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

FILED

2009 JAN 13 P 4: 31

NO. 08-11005

CIVIL DIVISION "N-8"
DISTRICT COURT

**MARKET STREET PROPERTIES PALM BEACH, LLC, TCHOUPITOULAS
INVESTORS ONE, LLC, 1544 TCHOUPITOULAS STREET, LLC &1556
TCHOUPITOULAS STREET, LLC**

### VERSUS

**NOLA DEVELOPMENT PARTNERS, LLC, NOLA DEVELOPMENT PARTNERS I,
LLC, MARKET STREET PROPERTIES, LLC, MARKET STREET PROPERTIES
MIAMI, LLC, MARKET STREET PROPERTIES (MIAMI), LLC, JOHN M.
MANNONE, ADAM SWICKLE, MICHAEL PRENDERGAST, MICHAEL SAMUEL,
MARKET STREET NEW ORLEANS INVESTORS, LLC, MARKET STREET NEW
ORLEANS INVESTORS 2, LLC, NACHMAN ENTERPRISE, FYI ENTERPRISE, INC.,
LEONARD EPSTEIN & ELIE MIMOUN**

FILED:_____          _____
                                        DEPUTY CLERK

### ORDER

IT IS HEREBY ORDERED that:

*Anne Cruste*
_____
_____
_____
_____,

Attorney-at-Law, be and is hereby appointed to represent the interests of nonresident Defendant

Eli J. Mimoun in the above captioned matter. ~~It is further ordered that the above noted attorney~~

~~file appropriate pleadings within _____ days of service of process of the Citation & Petition.~~

New Orleans, Louisiana, this __16th__ day of __January__, 2009.

ENTERED ON MINUTES
JAN 20 2009                    _____
                                JUDGE

January 20, 09
$350.00
to be deposited in Registry of Court.
Receipt No. _____ 36194
                Clerk

the plaintiff deposit $350.00 curator fee
CIVIL DISTRICT COURT'S REGISTRY
                JUDGE

JAN 21 2009
ENTERED ON MINUTES

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

**08-11005      DIVISION "N"      SECTION 8**

MARKET STREET PROPERTIES PALM BEACH, LLC, TCHOUPITOULAS INVESTORS ONE, LLC, 1544
TCHOUPITOULAS STREET, LLC & 1556 TCHOUPITOULAS STREET, LLC.

VS

NOLA DEVELOPMENT PARTNERS, LLC, NOLA DEVELOPMENT PARTNERS I, LLC, MARKET
STREET PROPERTIES, LLC, MARKET STREET PROPERTIES MIAMI, LLC, MARKET STREET
PROPERTIES (MIAMI), LLC, JOHN M. MANNONE, ADAM SWICKLE, MICHAEL PRENDERGAST,
MICHAEL SAMUEL, MARKET STREET NEW ORLEANS INVESTORS, LLC, MARKET STREET NEW
ORLEANS INVESTORS 2, LLC, NACHMAN ENTERPRISE, FYI ENTERPRISE, INC., LEONARD
EPSTEIN & ELIE MINOUN

TO:    ANNE GUSTE
3030 NASHVILLE AVE.
NEW ORLEANS, LA. 70125

Attorney and Counselor at Law, New Orleans.
PLEASE TO TAKE NOTICE, That you have been appointed as Curator Ad Hoc for
**Eli J. Minoun**, in the above numbered and entitled cause.

Issued at the request of Attorney        **New Orleans, JAN. 23, 2009**
**Val Patrick Exnicios (#19563)**
**Attorney name & Bar No.**          **Deputy Clerk**

**LISKA, EXNICIOS & NUNGESSER**
ATTORNEYS AT LAW
www.exnicioslaw.com
ONE CANAL PLACE, SUITE 2290
365 CANAL STREET
NEW ORLEANS, LOUISIANA
70130

VAL PATRICK EXNICIOS
vpexnicios@exnicioslaw.com

TELEPHONE: (504) 410-9611
FACSIMILE: (504) 410-9937

January 28, 2009

Clerk of Court
CDC Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112

RE:     Market Street Properties Palm Beach, LLC, et al.
                              vs.
        NOLA Development Partners, LLC, et al.
        CDC, No.08-11005, Division "N-8"

Dear Sir or Madam:

        Enclosed please find the Suit for Damages which has been filed in the above referenced case.
Please send this office the necessary documents and information required to effect service through
the Long Arm Statue on the following Defendant:

        Market Street New Orleans Investors, LLC
        through its Manager
        Elie J. Mimoun
        3110 N.E. 2nd Avenue
        Miami, FL 33137

        With best personal and professional regards, I remain

                                        Very truly yours,

                                        VAL P. EXNICIOS

Enclosures

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

FILED

NO. 08-11005                                             2009 FEB 28   **DIVISION "N-8"**

**MARKET STREET PROPERTIES PALM BEACH, LLC, et al**
**V.**                                    DISTRICT COURT
**NOLA DEVELOPMENT PARTNERS, LLC, et al**

FILED:_____                              _____
                                                              **DEPUTY CLERK**

**AFFIDAVIT OF DUE DILIGENCE**

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

        BEFORE ME, Notary, personally came and appeared:

                **CARLOS A. RAMIREZ, ESQ.**

who, after having been duly sworn, did depose and say:

        That in his capacity as co-counsel for Plaintiffs in the above captioned matter, he has

exercised due diligence in his efforts to effect service of process of the duly issued and certified

Citation & Petition in this matter upon nonresident defendant Adam Swickle;

        That despite his best and diligent efforts, service of process pursuant to of LA. R.S. 13:3204

(A) has not and can not be accomplished;

        That since service of process cannot be made on this nonresident defendant by registered or

certified mail, a Motion and Order pursuant to LA. R.S. 13:3204 (B) shall be filed with the Clerk of

Court in the above captioned matter, seeking appointment by the Court of an attorney-at-law to

represent the nonresident defendant pursuant to Louisiana Code of Civil Procedure Article 5091.

        *Further Affiant sayest not this 27th day of JANUARY, 2009.*

                                        _____
                                        **CARLOS A. RAMIREZ, (LA #31532)**

WITNESSES:                              SWORN TO AND SUBSCRIBED BEFORE
                                        ME, NOTARY, THIS 27 DAY OF
_____               January ,2009.
BRANDY SERGI
                                        _____
_____               NOTARY PUBLIC
AMY FONTENOT

                                        **VAL PATRICK EXNICIOS**
                                        **NOTARY PUBLIC**
                                        **State of Louisiana, Bar Roll #19563**
                                        **My Commission is for life.**

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA 2009 FEB 28 P 4: 30

NO. 08-11005                                    DIVISION "N-8"

CIVIL
DISTRICT COURT

### MARKET STREET PROPERTIES PALM BEACH, LLC, *et al*
### V.
### NOLA DEVELOPMENT PARTNERS, LLC, *et al*

FILED:_____

_____
DEPUTY CLERK

### AFFIDAVIT OF DUE DILIGENCE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, Notary, personally came and appeared:

**CARLOS A. RAMIREZ, ESQ.**

who, after having been duly sworn, did depose and say:

That in his capacity as co-counsel for Plaintiffs in the above captioned matter, he has

exercised due diligence in his efforts to effect service of process of the duly issued and certified

Citation & Petition in this matter upon nonresident defendant Elie J. Mimoun;

That despite his best and diligent efforts, service of process pursuant to of LA. R.S. 13:3204

(A) has not and can not be accomplished;

That since service of process cannot be made on this nonresident defendant by registered or

certified mail, a Motion and Order pursuant to LA. R.S. 13:3204 (B) shall be filed with the Clerk of

Court in the above captioned matter, seeking appointment by the Court of an attorney-at-law to

represent the nonresident defendant pursuant to Louisiana Code of Civil Procedure Article 5091.

*Further Affiant sayest not this* 27ᵗʰ *day of* JANUARY , 2009.

_____
CARLOS A. RAMIREZ, (LA #31532)

WITNESSES:

_____
BRANDY SERGI

_____
AMY FOUTENOT

SWORN TO AND SUBSCRIBED BEFORE
ME, NOTARY, THIS 27 DAY OF
JANUARY , 2009.

_____
NOTARY PUBLIC

**VAL PATRICK EXNICIOS**
NOTARY PUBLIC
State of Louisiana, Bar Roll #19563
My Commission is for life.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

**08-11005**       **DIVISION "N"**       **SECTION 8**

**MARKET STREET PROPERTIES PALM BEACH, LLC, TCHOUPITOULAS INVESTORS ONE, LLC, 1544
TCHOUPITOULAS STREET, LLC & 1556 TCHOUPITOULAS STREET, LLC.**

VS

**NOLA DEVELOPMENT PARTNERS, LLC, NOLA DEVELOPMENT PARTNERS I, LLC, MARKET
STREET PROPERTIES, LLC, MARKET STREET PROPERTIES MIAMI, LLC, MARKET STREET
PROPERTIES (MIAMI), LLC, JOHN M. MANNONE, ADAM SWICKLE, MICHAEL PRENDERGAST,
MICHAEL SAMUEL, MARKET STREET NEW ORLEANS INVESTORS, LLC, MARKET STREET NEW
ORLEANS INVESTORS 2, LLC, NACHMAN ENTERPRISE, FYI ENTERPRISE, INC., LEONARD
EPSTEIN & ELIE MINOUN**

TO:    ANNE GUSTE
       3030 NASHVILLE AVE.
       NEW ORLEANS, LA. 70125

Attorney and Counselor at Law, New Orleans.
PLEASE TO TAKE NOTICE, That you have been appointed as Curator Ad Hoc for
**Eli J. Minoun,** in the above numbered and entitled cause.

Issued at the request of Attorney
**Val Patrick Exnicios (#19563)**
**Attorney name & Bar No.**

New Orleans, JAN. 23, 2009

Deputy Clerk

ENTERED

PAPER          RETURN

SERIAL NO.    DEPUTY    PARISH

1-29-09    VERIFIED

ATTORNEY'S NAME: Exnicios, Val  19563
AND ADDRESS:      One Canal Place,  Suite 2290
                  New Orleans ,  LA  70130

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:      2008  --  11005        21                                    SECTION:      8  -- N

MARKET STREET PROPERTIES PALM BEACH, LLC    ET AL VERSUS NOLA DEVELOPMENT PARTNERS, LLC
ET AL

# C I T A T I O N

TO:  MIMOUN, ELIE
     THROUGH:  APPOINTED CURATOR AD HOC:  ANNE GUSTE
     3030 NASHVILLE AVE.

     NEW ORLEANS                          LA    70125

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
PETITION FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                            ADDITIONAL INFORMATION                                            *
*   Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer   *
*   Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.   *
*   If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you   *
*   may call 529 - 1000 for more information.                                                   *
*   COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE                                      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF,  I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans,  State of LA     January 23, 2009

Clerk's Office,  Room 402,  Civil Courts Building,            DALE N. ATKINS,  Clerk of
421  Loyola Avenue                                           The Civil District Court
New Orleans,  LA                                             for the Parish of Orleans
                                                            State of LA

                                                            by _____
                                                                    Deputy Clerk

_____
                              SHERIFF'S  RETURN
                         (for use of process servers only)
          PERSONAL SERVICE                    |           DOMICILIARY SERVICE
On this ____ day of _____        *  On this _____ day of _____
_____ served a copy of the w/i petition  *  _____ served a copy of the w/i petition
PETITION FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET  *  PETITION FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET
AL                                            *  AL

On                                            *  On
   MIMOUN, ELIE                               *     MIMOUN, ELIE
                                              *
                                              *
                                              *
                                              *
THROUGH:  APPOINTED CURATOR AD HOC:  ANNE GUSTE  *  THROUGH:  APPOINTED CURATOR AD HOC:  ANNE GUSTE
                                              *
                                              *  by leaving same at the dwelling house, or usual place of
                                              *  abode, in the hands of _____
_____ Returned same day    *  a person of suitable age and discretion residing therein as
_____ No. ____             *  a member of the domiciliary establishment, whose name
  Deputy Sheriff of _____            *  and other facts connected with this service I learned by
                                              *  interrogating   HIM / HER the said _____
Mileage: $_____                *     MIMOUN, ELIE
_____ / ENTERED / _____        *
    PAPER                      RETURN          *  being absent from the domicile at time of said service.
                                              *                Returned  same  day
_____ , _____ , _____        *  _____ No. ____
  SERIAL NO.    DEPUTY        PARISH           *       Deputy Sheriff of _____

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

**08-11005    DIVISION "N"    SECTION 8**

MARKET STREET PROPERTIES PALM BEACH, LLC, TCHOUPITOULAS INVESTORS ONE, LLC, 1544 TCHOUPITOULAS STREET, LLC & 1556 TCHOUPITOULAS STREET, LLC.

VS

NOLA DEVELOPMENT PARTNERS, LLC, NOLA DEVELOPMENT PARTNERS I, LLC, MARKET STREET PROPERTIES, LLC, MARKET STREET PROPERTIES MIAMI, LLC, MARKET STREET PROPERTIES (MIAMI), LLC, JOHN M. MANNONE, ADAM SWICKLE, MICHAEL PRENDERGAST, MICHAEL SAMUEL, MARKET STREET NEW ORLEANS INVESTORS, LLC, MARKET STREET NEW ORLEANS INVESTORS 2, LLC, NACHMAN ENTERPRISE, FYI ENTERPRISE, INC., LEONARD EPSTEIN & ELIE MINOUN

TO:    ANNE GUSTE
       3030 NASHVILLE AVE.
       NEW ORLEANS, LA. 70125

Attorney and Counselor at Law, New Orleans.
PLEASE TO TAKE NOTICE, That you have been appointed as Curator Ad Hoc for **Eli J. Minoun**, in the above numbered and entitled cause.

Issued at the request of Attorney          New Orleans, JAN. 23, 2009
**Val Patrick Exnicios (#19563)**
**Attorney name & Bar No.**                Deputy Clerk

On the 27ᵀᴴ day of JAN _____, 20 09 served a copy of the within

on _____

in person _____

Return same day

Thomas Ripper L. Reuss 43%

Deputy Sheriff of C.

327

VERIFIED 1·30·09

ATTORNEY'S NAME: Exnicios, Val   19563
AND ADDRESS:       One Canal Place,  Suite 2290
                   New Orleans    LA 70130

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:    2008 -- 11005      21                                SECTION:     8 -- N

MARKET STREET PROPERTIES PALM BEACH, LLC   ET AL VERSUS NOLA DEVELOPMENT PARTNERS, LLC
ET AL

**C I T A T I O N**

TO:  MIMOUN, ELIE
     THROUGH:  APPOINTED CURATOR AD HOC:  ANNE GUSTE
     3030 NASHVILLE AVE.

     NEW ORLEANS                          LA    70125

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
PETITION FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                              ADDITIONAL INFORMATION                                      *
*   Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer   *
*   Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.  *
*   If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you   *
*   may call 529 - 1000 for more information.                                               *
*   COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE                                  *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF,  I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA      January 23, 2009      .

Clerk's Office, Room 402, Civil Courts Building,          DALE N. ATKINS, Clerk of
421 Loyola Avenue                                        The Civil District Court
New Orleans, LA                                          for the Parish of Orleans
                                                         State of LA
                                                         by
                                                                        Deputy Clerk

---

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _27__ day of _Jan_ _2009_ | On this _____ day of _____ |
| _____ served a copy of the w/i petition | _____ served a copy of the w/i petition |
| PETITION FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL | PETITION FOR DAMAGES, BREACH OF CONTRACT, FRAUD ET AL |
| On | On |
|   MIMOUN, ELIE |   MIMOUN, ELIE |
| THROUGH: APPOINTED CURATOR AD HOC: ANNE GUSTE | THROUGH: APPOINTED CURATOR AD HOC: ANNE GUSTE |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ |
| Returned  same  day | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating  HIM / HER the said _____ |
| _Thomas Rappel L. Reeves_   No. _436_ | MIMOUN, ELIE |
| 327 Deputy Sheriff of _Orleans_ | |
| Mileage:  $_____ | |
| _____ / ENTERED /_____ | being absent from the domicile at time of said service. |
| PAPER              RETURN | Returned  same  day |
| _9_ / _9263_ / _____ | No. |
| SERIAL NO.    DEPUTY    PARISH | Deputy Sheriff of _____ |

I VERIFIED

FILED

CIVIL DISTRICT COURT

PARISH OF ORLEANS 2009 FEB -6 A 9: 17

STATE OF LOUISIANA

CIVIL
NO: 2008-11005          DIVISION "N"    DISTRICT COURT SECTION: 8

MARKET STREET PROPERTIES PALM BEACH, LLC, et al

VERSUS

NOLA DEVELOPMENT PARTNERS, LLC, et al

FILED:_____
                              DEPUTY CLERK

## CURATOR'S ANSWER TO PETITION FOR DAMAGES, BREACH OF CONTRACT, FRAUD, MISAPPROPRIATION OF FUNDS, BREACH OF FIDUCIARY DUTIES, ACCOUNTING, TO PIERCE THE CORPORATE VEIL AND FOR DECLARATORY JUDGMENT AND/OR RELIEF AND FOR TRIAL BY JURY

NOW INTO COURT, through the undersigned curator, comes **Elie Mimoun**, one of the defendants named in the above-captioned proceedings, who in answer to the plaintiffs' _Petition for Damages, Breach of Contract, Fraud, Misappropriation of Funds, Breach of Fiduciary Duties, Accounting, to Pierce the Corporate Veil and for Delaratory Judgment and/or Relief and for Trial by Jury_, states as follows.

I.

The alleged absent defendant **Elie Mimoun** hereby denies each and every allegation of Paragraphs I through VIII of the plaintiffs' petition for lack of sufficient information to justify a belief therein.

**WHEREFORE**, the alleged absent defendant, **Elie Mimoun**, through the undersigned curator, prays that this _Answer_ to the plaintiffs' _Petition for Damages, Breach of Contract, Fraud, Misappropriation of Funds, Breach of Fiduciary Duties, Accounting, to Pierce the Corporate Veil and for Delaratory Judgment and/or Relief and for Trial by Jury_ be deemed good and sufficient and that, after due proceedings are had herein, there be judgment rendered in the absent defendant's favor against plaintiffs, dismissing plaintiffs' petition at plaintiffs' costs.

2-6-09
VERIFIED
C. STROMBOF

Respectfully submitted,

FILED

2009 FEB -6 A 9:17

CIVIL
DISTRICT COURT

ANNE D. GUSTE
Attorney at Law
La. Bar. No. 19606
3030 Nashville Avenue
New Orleans, Louisiana 70125
phone (504)861-9861
fax (504)861-1556

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29th day of
January, 2009, served a copy of the
foregoing pleading on counsel for all parties to this proceeding,
by mailing same by United States mail, properly addressed, and
first class postage prepaid.

ANNE D. GUSTE
Attorney at Law

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. 2008-11005

FILED

2009 FI 10 P 4:02

CIVIL
DISTRICT COURT

DIVISION "N- 8"

**MARKET STREET PROPERTIES PALM BEACH , LLC, *et al***

**VS.**

**NOLA DEVELOPMENT PARTNERS, LLC, *et al***

**AFFIDAVIT**

FILED:_____

_____
DEPUTY CLERK

STATE OF LOUISIANA

PARISH OF ORLEANS

      BEFORE ME, Notary, personally came and appeared:

            CARLOS A. RAMIREZ, Esq.

who, after having been duly sworn, did depose and say:

      That on the 29th day of January, 2009, he did deposit in the U. S. Mail, a certified copy of the

Citation and Petition in the above captioned matter, pursuant to the Long Arm Statute, LA R.S.

13:3201, et seq. to the Defendant Market Street New Orleans Investors, LLC, through its Manager,

Elie J. Mimoun, 3110 N.E. 2nd Avenue, Miami, FL 33137, in an envelope properly addressed to said

Defendant with sufficient postage affixed and did send same to said Defendant via certified mail,

return receipt requested, copy of which receipt is affixed hereto and made a part hereof.

_____
CARLOS A. RAMIREZ

SWORN TO AND SUBSCRIBED BEFORE
ME, NOTARY, THIS 9 DAY OF February
2009.

_____
NOTARY PUBLIC

2·11·09
VERIFIED
C STROMBOE

**VAL PATRICK EXNICIOS**
**NOTARY PUBLIC**
State of Louisiana, Bar Roll #19563
My Commission is for life.

FILED

CIVIL DISTRICT COURT

PARISH OF ORLEANS    2009 FEB -6 A 9: 17

STATE OF LOUISIANA

CIVIL

NO: 2008-11005     DIVISION "N"    DISTRICT COURT SECTION: 8

MARKET STREET PROPERTIES PALM BEACH, LLC, et al

VERSUS

NOLA DEVELOPMENT PARTNERS, LLC, et al

FILED:_____

                          DEPUTY CLERK

### MOTION AND ORDER FOR WITHDRAWAL OF CURATOR'S FEE AND COSTS

NOW INTO COURT, comes Anne D. Guste, Attorney at Law, duly appointed curator for **Elie Mimoun,** one of the defendants named in the above-captioned proceedings, who respectfully requests, in connection with the Curator's Note of Evidence filed into the record with this motion, that the Court order the payment of the curator's fee and all costs, as itemized on the curator's billing statement, a copy of which is attached to this motion as Exhibit "A".

**WHEREFORE,** it is respectfully requested that the Court order the payment of the curator's fee and costs, to be withdrawn from the funds deposited by the plaintiff into the registry of the Court in the above-captioned proceedings, and any remaining balance due for fees or costs to be paid by the plaintiff directly to the curator.

                           **Respectfully submitted,**

                           _____

                           **ANNE D. GUSTE**
                           **Attorney at Law**
                           La. Bar No. 19606
                           3030 Nashville Avenue
                           New Orleans, Louisiana 70125
                           phone (504)861-9861
                           fax (504)861-1556

### O R D E R

Considering the above and foregoing motion:

IT IS ORDERED that the curator's fee, in the amount of $350.00, having been deposited into the registry of the Court by

2-12-09
VERIFIED
C. STROMBOE

the plaintiff in the above-captioned proceedings, be and is hereby released to be paid to the court-appointed curator, **Anne D. Guste, Attorney at Law.**

IT IS **FURTHER ORDERED** that the plaintiff make direct reimbursement to the curator of the balance of the curator's fee, if any, and of all costs incurred by her in connection with this appointment, as itemized in Exhibit "A", attached hereto.

New Orleans, Louisiana, on this _____ day of _____, 2009.

_____
**JUDGE**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ____ day of _____, 2009, served a copy of the foregoing motion on counsel for all parties to this proceeding, by hand delivery, facsimile transmission, or by mailing same by United States mail, properly addressed, and first class postage prepaid.

_____
**ANNE D. GUSTE**
**Attorney at Law**

FUNDS AVAILABLE _____ 20 ___

_____
Attorney for Dale Atkins
Clerk, Civil District Court

NO LIEN / NOTICE OF SEIZURE
FILED AS OF _____
D. Campbell
Deputy Clerk

____ day of _____ 20 ___
Received check # _____ from the
Clerk of the Civil District Court
in the sum of $ _____

FEB 1 2 2009

*ANNE D. GUSTE*
*Attorney at Law*
*3030 Nashville Avenue*
*New Orleans, Louisiana 70125*
*phone (504)861-9861*
*fax (504)861-1556*

**FILED**



February 5, 2009

**BILLING STATEMENT**

Val P. Exnicios
Liska, Exnicios & Nungesser
One Canal Place, Suite 2290
365 Canal Street
New Orleans, Louisiana 70130

re: **Market Street Properties Palm Beach, LLC, et al
v. NOLA Development Partners, LLC, et al
Orleans Parish CDC – case no. 2008-11005**

**Curator's Costs**

Certified mail to defendant at last
known address                                    $6.58

**TOTAL COSTS**
(to be reimbursed by plaintiff)      $6.58

FILED

CIVIL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2008-11005          DIVISION "N"          SECTION: 8

MARKET STREET PROPERTIES PALM BEACH, LLC, et al

VERSUS

NOLA DEVELOPMENT PARTNERS, LLC, et al

FILED:_____    _____

DEPUTY CLERK

## CURATOR'S NOTE OF EVIDENCE

NOW INTO COURT, comes Anne D. Guste, Attorney at Law, duly appointed Curator Ad Hoc for **Elie Mimoun**, one of the defendants named in the above-captioned proceedings, who reports to the Court as follows.

1.

Upon receipt of service of the court's <u>Notice of Appointment</u> in the above-captioned proceedings, the undersigned curator sent by certified mail correspondence addressed to the defendant, **Elie Mimoun**, notifying and informing him of the petition filed by the plaintiff, **Market Street Properties Palm Beach, LLC, et al**, in the above-captioned proceedings. See Curator's Exhibit "A", attached hereto.

2.

The address to which this letter was sent was identified by the plaintiff in correspondence sent to the undersigned curator as a possible address for the defendant in these proceedings.

3.

As indicated by the U.S. Postal Service's Domestic Return Receipt for certified mail, this certified letter was received and accepted at the address to which it was sent to the defendant. See Curator's Exhibit "B", attached hereto.

2-12-09
VERIFIED
C. STROMBOE

WHEREFORE, the undersigned curator prays that this <u>Note of Evidence</u> be deemed good and sufficient.

Respectfully submitted,

_____
ANNE D. GUSTE
Attorney at Law
La. Bar No. 19606
3030 Nashville Avenue
New Orleans, Louisiana 70125
phone (504)861-9861
fax (504)861-1556

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _5th_ day of ____February____, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile transmission, or by mailing same by United States mail, properly addressed, and first class postage prepaid.

_____
ANNE D. GUSTE
Attorney at Law

*ANNE D. GUSTE*
*Attorney at Law*
*3030 Nashville Avenue*
*New Orleans, Louisiana 70125*
*phone (504)861-9861*
*fax (504)861-1556*



CIVIL
DISTRICT COURT

January 29, 2009

Elie Mimoun                           **CERTIFIED MAIL**
3530 Mystic Pointe Drive              **Article Number**
#2615                                 **7007 0710 0002 2809 2025**
Aventura, Florida 33180

    re:  **Market Street Properties Palm Beach, LLC, et al**
        **v. NOLA Development Partners, LLC, et al**
        **Orleans Parish CDC – case 2008-11005**

Dear Mr. Mimoun,

    Please note that I have been appointed by the Orleans Parish
Civil District Court to contact you and to notify you of
proceedings that have been initiated in this court against you
and several other named defendants by **Market Street Properties
Palm Beach, LLC, et al**, as plaintiffs in these proceedings.

    Accordingly, enclosed please find a copy of the <u>Petition for
Damages</u> which has been filed by the plaintiffs and which has been
served on me as the curator of record in these proceedings.

    Please be informed that if you do not take immediate action
to contest the many and numerous allegations in the plaintiffs'
petition that the plaintiffs will proceed to take a default
judgment against you in this matter in your absence.

    Should you have any questions concerning this matter, please
call me.

                           Sincerely,

                           ANNE D. GUSTE

Enclosures (1)

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X      □ Agent   □ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Elizabeth Guzman   2/2/09 |
| 1. Article Addressed to:<br><br>Market Street New Orleans Investors LLC<br>through its Manager<br>Elie J. Mimoun<br>3110 N.E. 2nd Ave.<br>Miami, FL 33137 | D. Is delivery address different from item 1? □ Yes<br>   If YES, enter delivery address below: □ No |
| | 3. Service Type<br>□ Certified Mail   □ Express Mail<br>□ Registered   □ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number<br>  (Transfer from service label)   7008 0150 0003 3343 1781 | |
| PS Form 3811, February 2004     Domestic Return Receipt | 102595-02-M-1540 |



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

MIAMI FL 33180

| | | |
|---|---|---|
| Postage | $ | $1.68 | 0046 |
| Certified Fee | $2.70 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 6.58 | JAN 29 2009 |

Sent To ELIE MIMOUN
Street, Apt. No.; or PO Box No. 3530 Mystic Pointe Drive
City, State, ZIP+4 # 2615
Aventura, Florida 33180

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0002 2809 2025

EXHIBIT
A 1 B

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ELIE MIMOUN
3530 Mystic Pointe Dr
#2615
Aventura, Florida
          33180

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
2-2-09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)       7007 0710 0002 2809 2025

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.  08-11005                                                                                   DIVISION "N"

**MARKET STREET PROPERTIES PALM BEACH, LLC TCHOUPITOULAS
INVESTORS ONE, LLC, 1544 TCHOUPITOULAS STREET, LLC & 1556
TCHOUPITOULAS STREET, LLC**

**VERSUS**

**NOLA DEVELOPMENT PARTNERS, LLC, NOLA DEVELOPMENT PARTNERS I,
LLC, MARKET STREET PROPERTIES, LLC, MARKET STREET PROPERTIES
MIAMI, LLC, MARKET STREET PROPERTIES (MIAMI), LLC, JOHN M.
MANNONE, ADAM SWICKLE, MICHAEL PRENDERGAST, MICHAEL SAMUEL,
MARKET STREET NEW ORLEANS INVESTORS, LLC, MARKET STREET NEW
ORLEANS INVESTORS 2, LLC, NACHMAN ENTERPRISE, FYI ENTERPRISE, INC,
LEONARD EPSTEIN & ELIE MIMOUN**

FILED: _____                          _____
                                                                                            **DEPUTY CLERK**

**NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL**

TO:   **Clerk of Court**
       **Civil District Court**
       **Parish Of Orleans**
       **State of Louisiana**

        **PLEASE TAKE NOTICE** that defendant, Market Street Properties, LLC, has this day filed

a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United

States District Court for the Eastern District of Louisiana.

                                                          Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
       RANKIN & HUBBARD                        STEWART F. PECK (#10403)
                                                          CHRISTOPHER T. CAPLINGER (#25357)
                                                          BENJAMIN W. KADDEN (#29927)
                                                          KATHY A. RITO (#31302)
                                                          601 Poydras Street, Suite 2775
                                                          New Orleans, LA 70130
                                                          Telephone: (504) 568-1990
                                                          Facsimile: (504) 310-9195
                                                          Email: speck@lawla.com; ccaplinger@lawla.com;
                                                                    bkadden@lawla.com; krito@lawla.com
                                                          *Attorneys for Market Street Properties, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice to State Court of Filing of Notice of

Removal has been served upon all of the individuals listed below by facsimile transmission and by

depositing a copy of same in the United States Mail, postage prepaid and properly addressed, this

**23rd** day of March 2010.

Market Street Properties Palm Beach, LLC, Tchopitoulas Investors One, LLC, 1544 Tchoupitoulas
Street, LLC & 1566 Tchoupitoulas Street, LLC, *through their attorneys of record*:
Val Patrick Exnicious
Amy C. Fontenot
Carlos A. Ramirez
Liska, Exnicios & Nungesser
One Canal Place, Suite 2290
365 Canal Street
New Orleans, LA 70130
Telephone: (504)410-9611
Facsimile: (504) 410-9937

Defendants, NOLA Development Partners, LLC, Leonard Epstein, FYI Enterprise, Inc., John M.
Mannone, Market Street New Orleans Investors, LLC, Nachman Enterprise, NOLA Development
Partners, I, LLC, Michael Pendergast, and Adam Swickle, *through their attorneys of record*:
Edward D. Wegmann
Michael B. DePetrillo
Jones, Walker, Waechter, Poitevent, Carrere & Denegre
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana 70150-5100
Telephone: (504) 582-8000
Fax No. (504) 582-8011

Defendant, Eli J. Mimoun, *through his attorney of record*:
Anne Guste
3030 Nashville Avenue
New Orleans, Louisiana 70125
Telephone: (504) 861-9861
Fax No. (504) 861-1556

JS 44 (Rev. 12/07)    **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Market Street Properties Palm Beach, LLC, Tchoupitoulas Investors One, LLC, 1544 Tchoupitoulas Street, LLC, and 1566 Tchoupitoulas Street, LLC | NOLA Development Partners, LLC, NOLA Development Partners I, LLC, Market Street Properties, LLC, Market Street Properties Miami, LLC, Market Street Properties (Miami), LLC, et al. |

**(b)** County of Residence of First Listed Plaintiff   Broward, Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Broward, Florida
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Val Patrick Exnicious, One Canal Place, Suite 2290, 365 Canal Street, New Orleans, LA 70130

Attorneys (If Known)
Edward D. Wegmann, Jones Walker, 201 St. Charles Avenue, 50th Floor, New Orleans, LA 70150-5100

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1452
Brief description of cause:
Removal of State Court action pursuant to 28 U.S.C. §§157, 1452, and 1334(a) and Federal Rule of Bankruptcy Procedure 9027

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 22,250,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE Hon. Elizabeth Magner, USBC, EDLA
DOCKET NUMBER USBC, EDLA, Nos. 09-14172

DATE    March 23, 2010
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____