UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In The Matter of: | ) | Bankruptcy Case No. 09-14172 |
| | ) | |
| | ) | Chapter 11      Section "A" |
| | ) | |
| Market Street Properties, LLC, | ) | Hon. Elizabeth W. Magner |
| Debtors | ) | |

| | |
|---|---|
| Market Street Properties Palm Beach, LLC, et al | ADVERSARY NO: 10-1066 |
| Plaintiffs | SECTION A |
| VERSUS | |
| Nola Development Partners, LLC, et al Defendants | |

### RESPONSE TO MOTION TO DISMISS

Market Street Properties Palm Beach, LLC submits that the motion to dismiss these adversary proceedings filed by various defendants to those proceedings should be dismissed for the reasons stated more fully herein.

I.

Market Street Properties Palm Beach, LLC submits and will demonstrate that service on the named defendants is proper. Mover makes an unsupported statement regarding service and offers no argument or evidence of improper service of process on any named defendant.

II.

In this assignment defendants Pendergast and Epstein request dismissal based upon lack of personal jurisdiction. Pursuant to LSA R.S. 13:3201, the Louisiana Long Arm Statute personal jurisdiction over non residents such as these defendants may be exercised where:

3. Causing injury or damage in this state by an offense or quasi offense committed through an act or omission in this state.
5. Having an interest in, using or possessing a real right on immovable property in this state.

Should these defendants be willing to stipulate that they nor any entity which they own or control have no interest or rights in the immovable property made subject of this proceeding then they are entitled to dismissal. The complaint seeks a declaration that the defendants have no right or interest. If they be unwilling to enter such a stipulation or admission then dismissal is not sanctioned.

III.

In count III defendants seek dismissal of the allegations in count one of the adversary complaint alleging that the complaint fails to state with specificity the allegations being asserted. It is respectfully submitted that the complaint states in great detail the allegations being asserted against the defendants and that said allegations are more than sufficient.

IV.

OMITTED BY DEFENDANTS

Case 10-01066    Doc 46    Filed 09/24/10    Entered 09/24/10 15:42:02    Main Document
Page 3 of 4

V.

This assertion reflects a misreading of complaint. Plaintiff seeks not to assert a claim of the debtor but instead its own claim arising on account of a breach of an agreement which led to the reduction of plaintiff's interest in the debtor and further and most importantly the alleged elimination of plaintiffs voting rights in the debtor. This is a claim of the plaintiff.

VI.

Plaintiffs original complaint alleges facts sufficient to establish a cause of action based upon duress. The defendants actions placed plaintiff in a situation wherein she was faced with acquiescence in their demands or losing her entire investment in the subject project. These allegations are sufficient to establish a cause of action.

VII.

Plaintiffs original complaint sets forth allegations sufficient to establish a cause of action for piercing the corporate veil.

WHEREFORE, after due proceedings, it is prayed that the motion to dismiss be denied.

Respectfully Submitted:

THOMPSON, GIBBONS & WESTHOLZ, L.L.C.

/s/ *Al M. Thompson, Jr.*

---

AL M. THOMPSON, JR. / La. Bar No: 17169
One Canal Place, 365 Canal Street, Suite 2960
New Orleans, Louisiana 70130
Ph: 504-588-2171 / Fax: 504-588-2198
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In The Matter of: | ) | Bankruptcy Case No. 09-14172 |
| | ) | |
| | ) | Chapter 11    Section "A" |
| | ) | |
| Market Street Properties, LLC, | ) | Hon. Elizabeth W. Magner |
| Debtors | ) | |

| | |
|---|---|
| Market Street Properties Palm Beach, LLC, et al | ADVERSARY NO: 10-1066 |
| Plaintiffs | SECTION A |
| VERSUS | |
| Nola Development Partners, LLC, et al Defendants | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2010, a copy of the foregoing Response to Motion to Dismiss was filed electronically on behalf of Market Street Properties Palm Beach, LLC. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Al M. Thompson, Jr.