Case 10-01066    Doc 56    Filed 10/15/10    Entered 10/15/10 17:41:42    Main Document
Page 1 of 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In The Matter of: ) | Bankruptcy Case No. 09-14172 |
| ) | |
| ) | Chapter 11      Section "A" |
| ) | |
| Market Street Properties, LLC, ) | Hon. Elizabeth W. Magner |
| Debtors ) | |

| | |
|---|---|
| Market Street Properties Palm Beach, LLC, et al | ADVERSRY NO: 10-1066 |
| Plaintiffs | SECTION A |
| VERSUS | |
| Nola Development Partners, LLC, et al Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO DISMISS

Market Street Properties Palm Beach, LLC moves to dismiss all claims asserted in this adversary proceeding against Market Street Properties, LLC. Mover submits that it has conferred with counsel for debtor and counsel for debtor voices no opposition to this dismissal.

Wherefore, it is prayed that this court enter an order dismissing all claims asserted by plaintiff in this adversary proceeding asserted against Market Street Properties, LLC be dismissed.

Respectfully submitted:

THOMPSON, GIBBONS & WESTHOLZ, L.L.C.

/s/ *Al M. Thompson, Jr.*

---

AL M. THOMPSON, JR. / La. Bar No: 17169
One Canal Place, 365 Canal Street, Suite 2960
New Orleans, Louisiana  70130
Ph: 504-588-2171  / Fax: 504-588-2198
Attorney for Market Street Properties Palm Beach, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October 2010, a copy of the foregoing Motion to Dismiss was filed electronically on behalf of Market Street Properties Palm Beach, LLC.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Al M. Thompson, Jr.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In The Matter of: | ) | Bankruptcy Case No. 09-14172 |
| | ) | |
| | ) | Chapter 11        Section "A" |
| | ) | |
| Market Street Properties, LLC, | ) | Hon. Elizabeth W. Magner |
| Debtors | ) | |

| | |
|---|---|
| Market Street Properties Palm Beach, LLC, et al | ADVERSRY NO: 10-1066 |
| Plaintiffs | SECTION A |
| VERSUS | |
| Nola Development Partners, LLC, et al Defendants | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that Market Street Properties Palm Beach, LLC, has filed a Motion to Dismiss from these proceedings Market Street Properties, LLC, in the captioned matter.

NOTICE IS FURTHER GIVEN that a hearing will be held on the motion before the Honorable Elizabeth W. Magner, at the United States Bankruptcy Court, Eastern District of Louisiana, Hale Boggs Federal Building, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana 70130, on the ___9th___ day of ___November___, 2010, at ___2:00 p.m.___ to

consider and rule on said motion and any written opposition thereto which must be filed by 5:00 p.m. no later than eight calendar days prior to the scheduled hearing and must be served upon the attorney for the Mover by that date. If an opposition or response is not timely filed as set forth herein, the Court may grant the relief requested without a hearing.

**NEW ORLEANS, LOUISIANA** this 15th day of OCTOBER, 2010.

BY ORDER OF THE COURT:

Submitted by:

THOMPSON, GIBBONS & WESTHOLZ, L.L.C.

/s/ *Al M. Thompson, Jr.*

---
AL M. THOMPSON, JR. / La. Bar No: 17169
One Canal Place, 365 Canal Street, Suite 2960
New Orleans, Louisiana   70130
Ph: 504-588-2171  / Fax: 504-588-2198
Attorney for Market Street Properties Palm Beach, LLC

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In The Matter of: | ) | Bankruptcy Case No. 09-14172 |
| | ) | |
| | ) | Chapter 11    Section "A" |
| | ) | |
| Market Street Properties, LLC, | ) | Hon. Elizabeth W. Magner |
| Debtors | ) | |

| | |
|---|---|
| Market Street Properties Palm Beach, LLC, et al | ADVERSARY NO: 10-1066 |
| Plaintiffs | SECTION A |
| VERSUS | |
| Nola Development Partners, LLC, et al Defendants | |

### CERTIFICATE OF SERVICE

I hereby certify a copy of the Notice of Hearing regarding the Motion to Dismiss, confirming that the hearing on said motion will be held before the Honorable Elizabeth W. Magner, at the United States Bankruptcy Court, Eastern District of Louisiana, Hale Boggs Federal Building, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana 70130, on the __9th__ day of __November__, 2010, at __2:00 p.m.__, was electronically filed with the court on this 15th day of October, 2010.

I hereby certify and understand that a copy of the Notice of Electronic Filing dated 10/15/10, Notice of Hearing and Certificate of Service dated and filed on 10/15/10, on behalf of Market Street Properties Palm Beach, LLC, will be sent to all parties by operation of the Court's electronic filing system.

/s/ Al M. Thompson, Jr. (#17169)