UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **MARKET STREET PROPERTIES, LLC** | **09-14172** |
| | SECTION A |
| DEBTOR | |
| **MARKET STREET PROPERTIES, LLC** | ADVERSARY NO. |
| PLAINTIFF | **10-1066** |
| VERSUS | |
| **NOLA DEVELOPMENT PARTNERS, LLC, ET AL** | |
| DEFENDANTS | |

### ORDER FOLLOWING CONFERENCE

On November 19, 2010, the Court held a status conference.  Participating were:

Al M. Thompson, Jr., counsel for Market Street Properties Palm Beach, LLC;

Michael Hill, counsel for Michael Samuel and Market Street Miami LLC;

Kirk Reasonover, counsel for NOLA Development Partners LLC, John M. Mannone, Adam Swickle, Market Street New Orleans Investors LLC, Market Street New Orleans Investors 2 LLC, Nachman Enterprise, FYI Enterprise Inc., Leonard Epstein, Michael Prendergast, NOLA Development Partners 1, LLC.

Stewart Peck and Christopher Caplinger, counsel for Market Street Properties, LLC;

David Forsythe, counsel for Boxer Finance, LLC.

As a result of the conference,

**IT IS ORDERED** that another status conference will be held on **Tuesday, November 23, 2010, at 3:30 p.m.** in Room B741, 500 Poydras Street, New Orleans, Louisiana.  All parties wishing to appear by telephone should contact chambers.

**IT IS FURTHER ORDERED** that a hearing on the Motion to Continue (P-84) will be held on **Tuesday, November 23, 2010, at 3:30 p.m.** in Room B741, 500 Poydras Street, New Orleans, Louisiana.

**IT IS FURTHER ORDERED** that the time of the hearing on the Motion to Dismiss (P-64) scheduled on **November 23, 2010**, is changed from 2:00 p.m. to **3:30 p.m.** in Room B741, 500 Poydras Street, New Orleans, Louisiana.

**IT IS FURTHER ORDERED** that the time of the hearing on the Motion for Leave to Amend Answer (P-69) scheduled on **November 23, 2010**, is changed from 2:00 p.m. to **3:30 p.m.** in Room B741, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, November 19, 2010.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge